# Exhibit B-1

## Nate Archuleta

| | |
|---|---|
| **From:** | no-replies-appeal@amazon.com |
| **Sent:** | Friday, October 24, 2025 11:52 PM |
| **To:** | Sean Wong |
| **Subject:** | We've received a counter notice for your Amazon.com report |

Hello,

We have received a counter-notice, from an Amazon seller, to your report(s) of posting, hosting and/or distributing unlicensed copyright protected material on our network. Below are the details of the complaint and ASIN targeted in the complaint.

Complaint ID: 18671495721
ASIN: B0D5YM3FLK
Title: Cooler Cruiser Floating Cooler – 32 QT up to 60 Hours Amphibious Ice Chest - Kayak Camping Coolers for Lake, River, SUP, Fishing, Boat, Pool, Party, Beach & More

The counter notice submitted is provided below for your records. We will allow this material to become accessible, unless you provide us with notice that a lawsuit has been filed against the counter-noticing party within 10 business days. Please ensure a copy of the lawsuit is sent to ip-info-request@amazon.com to help ensure efficient processing. Note, that if a copy of the lawsuit is not provided within 10 business days, the identified content above will be reinstated.

ASIN: B0D5YM3FLKComplaint ID: 18671495721You recently provided me with a copy of a Notice of Infringement under the Digital Millennium Copyright Act (DMCA). This letter is a Counter-Notification as authorized in § 512(g) of the DMCA. I have a good faith belief that the material identified in the Notice of Infringement was removed or disabled as a result of mistake or misidentification of the material to be removed or disabled. I therefore request that the material be replaced and/or no longer disabled.The material in question formerly appeared on Amazon website with Amazon Standard Identification Number (ASIN):B0D5YM3FLKMy contact information is as follows:Full Legal Name:shenzhenbingruikejiyouxiangongsiEmail Address:295890788@qq.comMailing Address:Building C4, Room 401-416-3, Zhonghao Industrial City, Xiangjiaotang Community, Bantian Street, Longgang District, ShenzhenPhone Number:18951603182 ✔ (I) I am located in the United States and I consent to the jurisdiction of the Federal District Court for the judicial district in which my address is located (OR) I am located outside of the United States and I consent to the jurisdiction of any judicial district in which Amazon may be found. ✔ (II) I agree to accept service of process from the person who provided notification under subsection (c)(1)(C) or an agent of such person. ✔ (III) I have a good faith belief that the material identified in the Notice of Infringement was removed or disabled as a result of mistake or misidentification of the material to be removed or disabled. ✔ (IV) I declare under penalty of perjury under the laws of the United States of America that this Counter-Notification and all statements therein are true and correct. ✔ (V) I ACKNOWLEDGE THAT PROVIDING FALSE STATEMENTS IN A COUNTER-NOTICE MAY LEAD TO CIVIL PENALTIES OR CRIMINAL PROSECUTION.Enter your full name as a means of a digital signature. Please note that by entering your full name you are providing us with your digital signature which is legally binding.Ying Zhi  Zhang

Thank You,
Amazon