# Exhibit B-2

## Nate Archuleta

| | |
|---|---|
| **From:** | Nate Archuleta |
| **Sent:** | Thursday, September 18, 2025 3:15 PM |
| **To:** | Support@coolercruiser.net |
| **Subject:** | Shenzhen Bingrui Technology Co., Ltd. Intellectual Property Infringement |
| **Attachments:** | 1- Cooler Cruiser Official C&D - 09182025 outgoing.pdf |

Dear Shenzhen Bingrui Technology Co., Ltd. DBA Cooler Cruiser Official and Xin, Yi,

Please find the attached letter regarding the intellectual property infringement by Bingrui Technology Co., Ltd.

As outlined in the letter, please provide the relevant information by **October 3, 2025**. If you have any questions or need further clarification, please don't hesitate to reach out.

Best,

_____

**Nathan Archuleta Esq.**
Associate Counsel
P&P Imports LLC
17352 Derian Ave.
Irvine, CA 92614
949.734.6892| www.pandpimports.com



This email contains information that may be confidential and/or privileged. If you are not the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at P&P Imports LLC by replying to this email and deleting the original.

1





**VIA FedEx and Email**　　　　　　　　　　　　　　　　September 18, 2025
**Shenzhen Bingrui Technology Co., Ltd. DBA Cooler Cruiser Official**
Room 401-416-3, Building C4
Zhonghao Industrial City
Xiangjiaotang Community, Bantian Subdistrict
Longgang District
Shenzhen, Guangdong 518000
China
Support@coolercruiser.net

**Xin, Yi (individual)**
A2004,Building 1, Jinyu Lingfeng Garden,
No.155, Bulong Road, Longgang District,
Shenzhen, Guangdong 518000
China

### RE: Intellectual Property Infringement

I represent P&P Imports LLC, a California limited liability company ("**P&P**").  P&P owns 120+ registered trademarks (domestic and international), 150+ U.S. patents, and 1000+ U.S. copyright registrations.  P&P painstakingly invests resources in protecting and separating its products from the rest of the market, and P&P respects the intellectual property of others.

Several of P&P's unique images and one trademark are the subject of our letter today. P&P's images are protected by at least Copyright Nos. VA 2-390-952 (the "**952 Copyright**" or "**P&P's Copyright**").  P&P also owns the federally registered trademark, Cuddy®, U.S. Trademark Registration No. 7178094, ("**P&P's Trademark**").

Recently P&P discovered that **Shenzhen Bingrui Technology Co., Ltd. DBA Cooler Cruiser Official** and **Xin, Yi** personally, ("**Cooler Cruiser**") are selling and marketing at least **2 different products** on Amazon.com the ("**Accused Products**")[1] which infringe P&P's Copyright over **20 different times** (infringement analysis provided below).  Subsequently, our outside counsel sent a complaint through Amazon.com's Brand Registry for your infringement of VA 2-390-952 and P&P's Trademark on your listing and the physical product for ASIN: B0F3BTJNLP and B0D5YM3FLK.

The infringement of P&P's intellectual property is egregious here. For example, P&P's insert copyrighted by VA 2-390-952 is copied page by page. The comparison below shows that Cooler

---

[1] ASIN: B0F3BTJNLP
https://www.amazon.com/Cooler-Cruiser-Floating-Amphibious-Camping/dp/B0F3BTJNLP
ASIN: B0D5YM3FLK
https://www.amazon.com/Cooler-Cruiser-Floating-Amphibious-Camping/dp/B0D5YM3FLK

 (650) 488-8270　　 www.pandpimports.com　　 17352 Derian Avenue
Irvine, CA 92614



 

Cruiser copied every page of P&P's insert numerous times including: artwork, text, photographs, other design elements, sequence and even worse P&P's Cuddy® Trademark. The level of copying is shocking.  Every page has been copied in whole or in part, is substantially similar or is derivative of P&P's Copyright. Cooler Cruiser also copied P&P's intellectual property on its product listings for the Accused Products. This is a calculated attempt by Cooler Cruiser to target P&P by illegally using P&P's Copyright and Trademark to freeride off P&P's hard earned success.

Notwithstanding the blatant theft of P&P's property, at this time P&P is open to solving this matter amicably. P&P demands you immediately stop manufacturing, advertising and selling the Accused Products, provide P&P all sales and manufacturing information for the Accused Products (E.g. number of units manufactured and sold) so that P&P may formulate an appropriate number to compensate P&P for the damages your company has caused.

**Cooler is Cruiser can be liable for up to $150,000.00 USD in copyright damages for each copyright infringement, as noted above there are over 20 instances of infringement here. Additionally, due to your willful use of P&P's Trademark on the Accused Products P&P is entitled to seeking disgorgement of Cooler Cruiser's profits under the Lanham Act, as well as treble damages (3x damages), and attorneys' fees. Cooler Cruiser must cease all sales of the Accused Products immediately, provide P&P with the requested information and compensate P&P for the copyright and trademark infringement detailed below.**

Kindly contact us by **October 3, 2025** with the requested information.

*Infringement Analysis Provided Below*

2





## Copyright Infringement

As noted above, P&P owns P&P's Copyright protected by VA 2-390-952. The Accused Products infringe P&P's Copyright.  Representative imagery is provided below for comparison.

**1)  Product Listing Photograph, ASIN: B0D5YM3FLK**

**P&P's Photograph from VA 2-390-952:**



**Accused Product ASIN: B0D5YM3FLK Listing Infringing Photo:**



3







### 2) Product Listing Photograph, ASIN: B0F3BTJNLP

**P&P's Photograph from VA 2-390-952:**



**Accused  Product ASIN: B0F3BTJNLP Listing Infringing Photo:**







### 3)  Product Listing Photograph, ASIN B0D5YM3FLK

**P&P's Photograph from VA 2-390-952:**



**Accused Product, ASIN B0D5YM3FLK:**







### 4) Product Listing Photograph, ASIN: B0F3BTJNLP

**P&P's Photograph from VA 2-390-952:**



**Accused Product, ASIN: B0F3BTJNLP:**



6





### 5) Product Listing Photograph

**Artwork from P&P's VA 2-390-952:**

**P&P's Image: Cup Holders**



**4X CUP HOLDERS** —

Designed to fit standard size coozies and can insulators

**P&P's Image: Capacity**



**40 QT. CAPACITY**
(30 cans + 20lb ice)

**Accused Product Listing Photograph, ASIN: B0D5YM3FLK:**



 (650) 488-8270         www.pandpimports.com        17352 Derian Avenue
Irvine, CA 92614



 

6)  **Product Listing Photograph, , ASIN: B0D5YM3FLK:**

**Artwork from P&P's VA 2-390-952:**

**P&P's Image: Cup Holders**



**P&P's Image: Capacity**



**Compare to the Accused Product, ASIN: B0D5YM3FLK: Listing Photograph:**



8





 

### 7) Product Listing Photograph, ASIN: B0F3BTJNLP:

**Artwork from P&P's VA 2-390-952:**

**P&P's Image: Cup Holders**



**P&P's Image: Capacity**



**Accused Product Listing Photograph, ASIN: B0F3BTJNLP:**





 

## Product Insert Copyright Infringement:

On the following pages, you will find a detailed, page-by-page comparison between P&P's Cuddy® Insert copyrighted by VA 2-390-952 and the insert included with the infringing Cooler Cruiser product. This comparison clearly demonstrates that every page of P&P's insert has been deliberately and directly copied. Cooler Cruiser has copied the '952 Copyright numerous times in its: artwork, text, photographs, other design elements, sequence and even P&P's Cuddy® Trademark. The level of copying is shocking, every page has been copied front to back.

### P&P's Insert Page 1:



### Accused Product Page 1:



 (650) 488-8270           www.pandpimports.com          17352 Derian Avenue
Irvine, CA 92614





**P&P's Insert page 2-3**



**Accused Product Page 2-3:**



(650) 488-8270          www.pandpimports.com          17352 Derian Avenue
Irvine, CA 92614





**P&P's Insert page 4-5**



**Accused Product Page 4-5:**



12

**On the following page P&P's artwork found on P&P's Copyright is compared with the Accused Products' infringement:**





**P&P's Image: Latches**                         **Infringing Latches Image:**





**4X T-LATCHES**

Creates airtight seal for maximum
insulation or dry locker use

**2X T-LATCHES**

Enhances sealing effectiveness and
is more convenient to use

**P&P's Image: Cup Holders**                     **Infringing Cup Holders Image:**

center
when





**4X CUP HOLDERS** —

Designed to fit standard size
coozies and can insulators

**4X CUP HOLDERS**

Crafted to accommodate
standard-sized cozies and
can insulators

**P&P's Image: Tow Strap**                       **Infringing Tow Strap Image:**



4
Desi
coozi





**6' TOW STRAP
w/ 2 CARABINERS**

Tow behind a kayak, tube,
SUP, etc. or anchor to a
fixed point.

**6'TOW STRAP
W/2 CARABINERS**

Ideal for towing behind a kayak,
tube, SUP, etc.,
or anchoring to a fixed point

13

📱 (650) 488-8270        ✉ www.pandpimports.com        📍 17352 Derian Avenue
Irvine, CA 92614





**P&P's Image: Capacity**

**Infringing Capacity Image:**



**40 QT. CAPACITY**
(30 cans + 20lb ice)

**32 QT. CAPACITY**
(25 cans + 18lb ice)

**P&P's Image: Insulation**

**Infringing Insulation Image:**

m





— **DUAL WALLED WITH
SNOW BEAD™ INSULATION**

12-48 hour ice retention based
on use and conditions

**TEMPSTEADY™ TECH**
48-72 hour ice ietention based
on use and conditions

14

(650) 488-8270     www.pandpimports.com     17352 Derian Avenue
Irvine, CA 92614





**P&P's Insert page 6-7:**



**Accused Product Page 6-7:**



15





**P&P's Insert page 8-9:**



**Accused Product Page 8-9:**





(650) 488-8270          www.pandpimports.com          17352 Derian Avenue
Irvine, CA 92614





## P&P's Insert page 10-11:



## Accused Product Page 10-11:



17

 (650) 488-8270     www.pandpimports.com    17352 Derian Avenue
Irvine, CA 92614





## P&P's Insert page 12-13:





## Accused Product Page 12-13:




 (650) 488-8270     www.pandpimports.com    17352 Derian Avenue Irvine, CA 92614



 

**Artwork from P&P's Copyright compared with the Accused Products' infringement:**

**P&P's Copyright Example 1:**                    **Accused Product Infringement:**

  

**P&P's Copyright Example 2:**                    **Accused Product Infringement:**

  

**P&P's Copyright Example 3:**                    **Accused Product Infringement:**

   

19



 

**P&P's Copyright Example 4:**                    **Accused Product Infringement:**



**ATTACH THE OTHER CARABINER TO A SECURE POINT ON YOUR KAYAK OR SUP**



ATTACH THE OTHER CARABINER TO A SECURE POINT ON YOUR KAYAK OR SUP

**P&P's Copyright and Trademark Example 5:**     **Accused Product Copyright Infringement & Trademark Infringement:**



**USING THE TOW STRAP**

**CLIP ONE CARABINER TO THE CUDDY HANDLE**



USING THE TOW STRAP

CLIP ONE CARABINER TO THE CUDDY HANDLE

20



(650) 488-8270          www.pandpimports.com          17352 Derian Avenue
Irvine, CA 92614



 

The scope and precision of the copying leaves no room for doubt: Cooler Cruiser has engaged in blatant and wholesale infringement of P&P's copyrighted work, which is protected under U.S. Copyright Registration No. VA 2-390-952. The copied listing photographs and product insert are not a coincidental similarity; it is a willful and unauthorized reproduction of P&P's protected intellectual property.

**Furthermore, it is important to note that the infringing insert has/is being distributed with each physical product, which means every sale of the Accused Products constitutes a separate act of infringement. This not only escalates your company's liability but also significantly increases the potential damages associated with continued distribution.**

**Trademark Infringement**

As set forth below, the Accused Products unlawfully bear P&P's federally registered trademark, Cuddy®, U.S. Trademark Registration No. 7178094, ("**P&P's Trademark**") on the Accused Products themselves.



**Enlarged image to show Trademark Infringement:**



 (650) 488-8270        www.pandpimports.com        17352 Derian Avenue
Irvine, CA 92614



 

P&P is entitled to seek damages for trademark infringement under the Lanham Act. The evidence clearly shows that Cooler Cruiser acted willfully when using P&P's Trademark, this is shown by the overwhelming amount of copyright infringement shown above. If forced to file suit P&P is will seek Cooler Cruiser's profits from the sale of the Accused Products, treble damages due to willful infringement, and attorneys' fees.

**You are hereby formally instructed to immediately cease and desist from manufacturing, distributing, marketing, or selling the Accused Products and any other products that include the infringing insert or any use of P&P's '952 Copyright, P&P's Cuddy® Trademark and P&P's intellectual property.**

Failure to comply will result in further legal action, including but not limited to seeking injunctive relief, statutory damages, disgorgement of profits, treble damages, attorneys' fees, and all other remedies available under applicable law. All rights reserved.

### <u>Next Actions:</u>

In light of all the above, P&P demands that Cooler Cruiser immediately: 1) cease and desist marketing and selling the Accused Products, wherever and however sold (online or in-store).  P&P also hereby requests Cooler Cruiser negotiate a resolution with P&P, beginning with Cooler Cruiser disclosing all relevant sales and manufacturing information to date so that P&P can evaluate fair compensation for Cooler Cruiser's unlicensed use of P&P's Copyright and P&P's Trademark.

Cooler Cruiser is required to:

- delete all sales listings for the Accused Products, including the following:

  ASIN: B0F3BTJNLP
  https://www.amazon.com/Cooler-Cruiser-Floating-Amphibious-Camping/dp/B0F3BTJNLP

  ASIN: B0D5YM3FLK
  https://www.amazon.com/Cooler-Cruiser-Floating-Amphibious-Camping/dp/B0D5YM3FLK

- cease all sales of the Accused Products, wherever else sold;
- cease and desist use of any P&P intellectual property, including P&P's Copyright and P&P's Trademark; and
- compensate P&P for unlicensed use of P&P's Copyright and P&P's Trademark.

22

 (650) 488-8270     www.pandpimports.com     17352 Derian Avenue Irvine, CA 92614



 

As noted above, please contact us to begin negotiations and provide the requested sales and manufacturing information by **October 3, 2025**.

This letter serves as a litigation hold notice requiring that you preserve relevant documents including but not limited to: all files and communications that refer or relate to the design, development, marketing, sales, profits, and costs of the Accused Products, and all files and communications that refer or relate to P&P Imports LLC, GoSports®, P&P's Copyright, P&P's Trademark and/or any of P&P's Intellectual Property.

Sincerely,

Nathan Archuleta
Associate Counsel
P&P Imports LLC
nate@pandpimports.com

23



(650) 488-8270          www.pandpimports.com          17352 Derian Avenue
Irvine, CA 92614

## Nate Archuleta

| | |
|---|---|
| **From:** | zhangzhiying0203@sina.com |
| **Sent:** | Monday, September 22, 2025 1:22 AM |
| **To:** | nate |
| **Subject:** | Clarification on Cooler Image Similarities & Copyright Assurance |

**Be Careful With This Message**                                                    Learn More
From (zhangzhiying0203@sina.com)
**High Risk Sender Location**
The message was sent from a High Risk Country. **Take caution when interacting with this message.**

Dear Nathan,

We represent the CoolerCruiser brand.

Thank you for reaching out to us regarding the copyright concerns about our cooler images.

We appreciate your attention to this matter.

We understand that some of our cooler images may appear structurally similar to yours.

This is likely due to the fact that both coolers share a similar market positioning, which naturally leads to comparable visual representations in promotional materials.

However, we want to assure you that all images we use feature our own models and are part of our original content.

We value intellectual property rights and would never intentionally infringe upon others' work.

If you have any further questions or concerns, please don't hesitate to let us know.

We are happy to discuss this further and ensure mutual understanding.

Thank you again for your email, and we look forward to your response.

Best regards,


Terry

1





September 24, 2025

**Shenzhen Bingrui Technology Co., Ltd. DBA Cooler Cruiser Official DBA Heat Equation Official**
Room 401-416-3, Building C4
Zhonghao Industrial City
Xiangjiaotang Community, Bantian Subdistrict
Longgang District
Shenzhen, Guangdong 518000
China
Support@coolercruiser.net
zhangzhiying0203@sina.com

**Shenzhen Sonoran Technology Co., Ltd.**
**Xin, Yi (individual)**
A2004,Building 1, Jinyu Lingfeng Garden,
No.155, Bulong Road, Longgang District,
Shenzhen, Guangdong 518000
China

**RE: Continued Infringement of P&P Imports LLC Intellectual Property**

Dear Terry,

We have reviewed your response denying any infringement of P&P Imports LLC's intellectual property rights. Your denial is inconsistent with the overwhelming and well-documented evidence of both **copyright and trademark infringement**.

As stated in our 9/18/2025 letter, you have used P&P's copyrighted work more than twenty (20) times in connection with the Accused Products. These images are owned exclusively by P&P and are protected under U.S. copyright law, and your unauthorized use — whether in full or in altered form — constitutes **willful copyright infringement**.

In addition, you have used P&P's federally registered **"Cuddy®"** trademark without authorization, directly on your physical products. This misuse has already led to **documented consumer confusion**, including a verified Amazon customer review in which a purchaser mistakenly believed they had purchased an authentic P&P product. This is clear evidence of **trademark infringement** under the Lanham Act.

 



 

Amazon has already taken action in response to at least one of our formal complaints, temporarily removing your listing. Your subsequent partial modification of the images does not negate the infringement or eliminate liability.

Your assertion that no infringement has occurred is **without merit**, **and your continued denial only reinforces the willful nature of your violations**. P&P Imports has sustained measurable damages as a result of your actions and is prepared to pursue **all available legal remedies**, including but not limited to:

- Injunctive relief;
- Statutory damages for willful copyright infringement;
- Lost sales;
- Disgorgement of profits;
- Treble damages for willful trademark infringement;
- Recovery of attorneys' fees and costs.

Nevertheless, as previously stated, P&P remains open to resolving this matter amicably. However, that window is closing quickly.

Unless we receive a good-faith response within **five (5) business days** indicating your intent to comply and engage in meaningful settlement discussions, we will proceed with further legal action without further notice.

Sincerely,

Nathan Archuleta
Associate Counsel
P&P Imports LLC
nate@pandpimports.com

 (650) 488-8270           www.pandpimports.com          17352 Derian Avenue
Irvine, CA 92614

# Nate Archuleta

| | |
|---|---|
| **From:** | Nate Archuleta <nate@pandpimports.com> |
| **Sent:** | Wednesday, September 24, 2025 4:50 PM |
| **To:** | zhangzhiying0203@sina.com |
| **Subject:** | Re: Clarification on Cooler Image Similarities & Copyright Assurance |
| **Attachments:** | 3- 09242025 P&P response to Shenzehen Bingrui 09222025 email.pdf |

Hi Terry,

Please see the attached letter in response to your email dated September 22, 2025. Additionally, could you please clarify whether you represent one or all of the following entities:

- Shenzhen Bingrui Technology Co., Ltd.
- Shenzhen Sonoran Technology Co., Ltd.
- Xin, Yi

Also, please specify what capacity you represent them (e.g., spokesperson, lawyer, etc.).

Best,

_____

**Nathan Archuleta Esq.**
Associate Counsel
P&P Imports LLC
17352 Derian Ave.
Irvine, CA 92614
949.734.6892| www.pandpimports.com





This email contains information that may be confidential and/or privileged. If you are not the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at P&P Imports LLC by replying to this email and deleting the original.

---

**From:** zhangzhiying0203@sina.com <zhangzhiying0203@sina.com>
**Sent:** Monday, September 22, 2025 1:22 AM
**To:** Nate Archuleta <nate@pandpimports.com>
**Subject:** Clarification on Cooler Image Similarities & Copyright Assurance

**Be Careful With This Message**
From (zhangzhiying0203@sina.com)
**High Risk Sender Location**
The message was sent from a High Risk Country. **Take caution when interacting with this message.**

Learn More

Dear Nathan,

We represent the CoolerCruiser brand.

Thank you for reaching out to us regarding the copyright concerns about our cooler images.

We appreciate your attention to this matter.

We understand that some of our cooler images may appear structurally similar to yours.

This is likely due to the fact that both coolers share a similar market positioning, which naturally leads to comparable visual representations in promotional materials.

However, we want to assure you that all images we use feature our own models and are part of our original content.

We value intellectual property rights and would never intentionally infringe upon others' work.

If you have any further questions or concerns, please don't hesitate to let us know.

We are happy to discuss this further and ensure mutual understanding.

Thank you again for your email, and we look forward to your response.

Best regards,


Terry

## Nate Archuleta

**From:** zhangzhiying0203@sina.com
**Sent:** Wednesday, September 24, 2025 7:45 PM
**To:** nate
**Subject:** 回复：Re: Clarification on Cooler Image Similarities & Copyright Assurance

**Be Careful With This Message**                                    Learn More
From (zhangzhiying0203@sina.com)
**High Risk Sender Location**
The message was sent from a High Risk Country. **Take caution when interacting with this message.**

Dear Nathan,

I represent the CoolerCruiser brand as spokesperson.

CoolerCruiser brand owned by Shenzhen Bingrui Technology Co., Ltd.

Regarding the copyright issue, I have already explained it in my previous email.

As for the trademark issue, we have never used your trademark.

In fact, this has come as a great surprise to us. It took us a long time to understand what you were referring to.

The example you mentioned involves a customer who purchased our cooler and then bought your wheels(cuddy's wheels) separately. When they didn't fit, the customer left a review with photos that included the wheel's (cuddy's wheels)instruction manual—which of course contained cuddy's trademark.

If you check the review again carefully, you will see that what I'm saying is true.

I am providing a brief explanation and initial response for now, and our legal team will handle the follow-up matters accordingly.

Best,

Terry


----- 原始邮件 -----

发件人：Nate Archuleta <nate@pandpimports.com>
收件人："zhangzhiying0203@sina.com" <zhangzhiying0203@sina.com>

1

主題：Re: Clarification on Cooler Image Similarities & Copyright Assurance
日期：2025年09月25日 07点50分

Hi Terry,

Please see the attached letter in response to your email dated September 22, 2025. Additionally, could you please clarify whether you represent one or all of the following entities:

- Shenzhen Bingrui Technology Co., Ltd.
- Shenzhen Sonoran Technology Co., Ltd.
- Xin, Yi

Also, please specify what capacity you represent them (e.g., spokesperson, lawyer, etc.).

Best,


_____

**Nathan Archuleta Esq.**
Associate Counsel
P&P Imports LLC
17352 Derian Ave.
Irvine, CA 92614
949.734.6892| www.pandpimports.com



This email contains information that may be confidential and/or privileged. If you are not the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at P&P Imports LLC by replying to this email and deleting the original.

---

**From:** zhangzhiying0203@sina.com <zhangzhiying0203@sina.com>
**Sent:** Monday, September 22, 2025 1:22 AM
**To:** Nate Archuleta <nate@pandpimports.com>
**Subject:** Clarification on Cooler Image Similarities & Copyright Assurance

Dear Nathan,

We represent the CoolerCruiser brand.

Thank you for reaching out to us regarding the copyright concerns about our cooler images.

We appreciate your attention to this matter.

We understand that some of our cooler images may appear structurally similar to yours.

This is likely due to the fact that both coolers share a similar market positioning, which naturally leads to comparable visual representations in promotional materials.

However, we want to assure you that all images we use feature our own models and are part of our original content.

We value intellectual property rights and would never intentionally infringe upon others' work.

If you have any further questions or concerns, please don't hesitate to let us know.

We are happy to discuss this further and ensure mutual understanding.

Thank you again for your email, and we look forward to your response.

Best regards,


Terry

3





**Shenzhen Bingrui Technology Co., Ltd. DBA Cooler Cruiser Official DBA Heat Equation Official**
Room 401-416-3, Building C4
Zhonghao Industrial City
Xiangjiaotang Community, Bantian Subdistrict
Longgang District
Shenzhen, Guangdong 518000
China
Support@coolercruiser.net
zhangzhiying0203@sina.com

**Shenzhen Sonoran Technology Co., Ltd.**
**Xin, Yi (individual)**
A2004,Building 1, Jinyu Lingfeng Garden,
No.155, Bulong Road, Longgang District,
Shenzhen, Guangdong 518000
China

<u>RE: Continued Infringement of P&P Imports LLC Intellectual Property</u>

Dear Terry,

<u>Copyright Infringement</u>

Your explanations for your willful copyright infringement are rejected in their entirety. The similarities between your product listings, inserts, and P&P's copyrighted materials are not coincidental. You copied P&P's photographs, artwork, and layouts, and your attempt to mask this with AI modifications is itself further evidence of bad faith. Removing infringing images from online listings does not erase your past infringement, nor does it shield you from liability.

Your product inserts remain infringing, as they copy P&P's copyrighted work page by page. These derivative works are still being used to sell the Accused Product. Any jury presented with the documented comparisons from P&P's C&D would have no difficulty finding liability for willful infringement.

<u>Trademark Infringement</u>

Your unlawful use of the "Cuddy" trademark was clearly identified in our C&D, including the precise location of the infringing mark on your product. The documented incident of consumer

 





confusion—where a customer believed your product was compatible with P&P's Cuddy Crawler—is hard evidence of the confusion your infringement has caused. This will support disgorgement of your profits in full.

## Consequences

If you continue on this path, P&P will immediately proceed with litigation. In court, we will seek:

- Disgorgement of all profits you have earned from the Accused Product.
- Treble damages (3x actual damages) due to your willful and ongoing infringement.
- Attorneys' fees that continue to accrue daily.
- Injunctive relief barring you from any further sales.
- Customs enforcement measures to seize infringing imports.
- Destruction of all infringing materials, including your physical product inserts.

Your conduct—lying in correspondence, denying documented facts, and continuing to profit from infringement—will make this case "exceptional" under the law, multiplying your exposure to damages and fees. Litigation of this nature can easily cost hundreds of thousands, if not millions, of dollars. P&P will pursue the maximum recovery available.

This is your final opportunity to come to the table in good faith. If you continue to lie and refuse to resolve your clear and ongoing infringement, you will leave P&P no choice but to proceed with more aggressive legal action.

Sincerely,

Nathan Archuleta
Associate Counsel
P&P Imports LLC
nate@pandpimports.com

# Nate Archuleta

| | |
|---|---|
| **From:** | Nate Archuleta <nate@pandpimports.com> |
| **Sent:** | Thursday, October 2, 2025 4:46 PM |
| **To:** | zhangzhiying0203@sina.com |
| **Subject:** | Re: 回复：Re: Clarification on Cooler Image Similarities & Copyright Assurance |
| **Attachments:** | 5- 10022025 P&P response to Shenzehen Bingrui 09242025 email.pdf |

Hi Terry,
Please read the attached letter carefully. We look forward to your response.

Best,

_____

**Nathan Archuleta Esq.**
Associate Counsel
P&P Imports LLC
17352 Derian Ave.
Irvine, CA 92614
949.734.6892| www.pandpimports.com



This email contains information that may be confidential and/or privileged. If you are not the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at P&P Imports LLC by replying to this email and deleting the original.

---

**From:** zhangzhiying0203@sina.com <zhangzhiying0203@sina.com>
**Sent:** Wednesday, September 24, 2025 7:44 PM
**To:** Nate Archuleta <nate@pandpimports.com>
**Subject:** 回复：Re: Clarification on Cooler Image Similarities & Copyright Assurance

> **Be Careful With This Message**　　　　　　　　　　　　　　Learn More
> From (zhangzhiying0203@sina.com)
> **High Risk Sender Location**
> The message was sent from a High Risk Country. **Take caution when interacting with this message.**

Dear Nathan,

I represent the CoolerCruiser brand as spokesperson.

CoolerCruiser brand owned by Shenzhen Bingrui Technology Co., Ltd.

Regarding the copyright issue, I have already explained it in my previous email.

As for the trademark issue, we have never used your trademark.

In fact, this has come as a great surprise to us. It took us a long time to understand what you were referring to.

The example you mentioned involves a customer who purchased our cooler and then bought your wheels(cuddy's wheels) separately. When they didn't fit, the customer left a review with photos that included the wheel's (cuddy's wheels)instruction manual—which of course contained cuddy's trademark.

If you check the review again carefully, you will see that what I'm saying is true.

I am providing a brief explanation and initial response for now, and our legal team will handle the follow-up matters accordingly.

Best,

Terry


----- 原始邮件 -----
发件人：Nate Archuleta <nate@pandpimports.com>
收件人："zhangzhiying0203@sina.com" <zhangzhiying0203@sina.com>
主题：Re: Clarification on Cooler Image Similarities & Copyright Assurance
日期：2025年09月25日 07点50分

Hi Terry,
Please see the attached letter in response to your email dated September 22, 2025. Additionally, could you please clarify whether you represent one or all of the following entities:

- Shenzhen Bingrui Technology Co., Ltd.
- Shenzhen Sonoran Technology Co., Ltd.
- Xin, Yi

Also, please specify what capacity you represent them (e.g., spokesperson, lawyer, etc.).

Best,

_____

2

**Nathan Archuleta Esq.**
Associate Counsel
P&P Imports LLC
17352 Derian Ave.
Irvine, CA 92614
949.734.6892 | www.pandpimports.com



This email contains information that may be confidential and/or privileged. If you are not the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at P&P Imports LLC by replying to this email and deleting the original.

---

**From:** zhangzhiying0203@sina.com <zhangzhiying0203@sina.com>
**Sent:** Monday, September 22, 2025 1:22 AM
**To:** Nate Archuleta <nate@pandpimports.com>
**Subject:** Clarification on Cooler Image Similarities & Copyright Assurance

Dear Nathan,

We represent the CoolerCruiser brand.

Thank you for reaching out to us regarding the copyright concerns about our cooler images.

We appreciate your attention to this matter.

We understand that some of our cooler images may appear structurally similar to yours.

This is likely due to the fact that both coolers share a similar market positioning, which naturally leads to comparable visual representations in promotional materials.

However, we want to assure you that all images we use feature our own models and are part of our original content.

We value intellectual property rights and would never intentionally infringe upon others' work.

If you have any further questions or concerns, please don't hesitate to let us know.

We are happy to discuss this further and ensure mutual understanding.

Thank you again for your email, and we look forward to your response.

Best regards,

Terry

4

## Nate Archuleta

| | |
|---|---|
| **From:** | zhangzhiying0203@sina.com |
| **Sent:** | Friday, October 3, 2025 9:07 AM |
| **To:** | nate |
| **Subject:** | 回复：Re: 回复：Re: Clarification on Cooler Image_Similarities_&_Copyright_Assurance |

**Be Careful With This Message**                                              Learn More
From (zhangzhiying0203@sina.com)
**High Risk Sender Location**
The message was sent from a High Risk Country. **Take caution when interacting with this message.**

Dear

I hope this email finds you well.

We would like to inform you that our office will be observing the **National Day holiday** in China from **October 1st to October 7th**, as this is one of the most significant public holidays in our country.
National Day commemorates the founding of the People's Republic of China on October 1, 1949, and is celebrated nationwide with various festivities, travel, and family gatherings.
During this period, our team will be on holiday, and responses to emails or requests may be delayed. Any pending matters requiring our attention will be addressed promptly **after October 8th**, when normal business operations resume.

We appreciate your patience and understanding, and we look forward to continuing our collaboration after the holiday.

Wishing you a pleasant week ahead!

Best regards,

----- 原始邮件 -----
发件人：Nate Archuleta <nate@pandpimports.com>
收件人："zhangzhiying0203@sina.com" <zhangzhiying0203@sina.com>
主题：Re: 回复：Re: Clarification on Cooler Image_Similarities_&_Copyright_Assurance
日期：2025年10月03日 07点46分

Hi Terry,
Please read the attached letter carefully. We look forward to your response.

Best,

1

_____

**Nathan Archuleta Esq.**
Associate Counsel
P&P Imports LLC
17352 Derian Ave.
Irvine, CA 92614
949.734.6892| www.pandpimports.com



This email contains information that may be confidential and/or privileged. If you are not the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at P&P Imports LLC by replying to this email and deleting the original.

---

**From:** zhangzhiying0203@sina.com <zhangzhiying0203@sina.com>
**Sent:** Wednesday, September 24, 2025 7:44 PM
**To:** Nate Archuleta <nate@pandpimports.com>
**Subject:** 回复：Re: Clarification on Cooler Image Similarities & Copyright Assurance

Dear Nathan,

I represent the CoolerCruiser brand as spokesperson.

CoolerCruiser brand owned by Shenzhen Bingrui Technology Co., Ltd.

Regarding the copyright issue, I have already explained it in my previous email.

As for the trademark issue, we have never used your trademark.

In fact, this has come as a great surprise to us. It took us a long time to understand what you were referring to.

The example you mentioned involves a customer who purchased our cooler and then bought your wheels(cuddy's wheels) separately. When they didn't fit, the customer left a review with photos that included the wheel's (cuddy's wheels)instruction manual—which of course contained cuddy's trademark.

If you check the review again carefully, you will see that what I'm saying is true.

I am providing a brief explanation and initial response for now, and our legal team will handle the follow-up matters accordingly.

Best,

Terry

----- 原始邮件 -----

发件人：Nate Archuleta <nate@pandpimports.com>

收件人："zhangzhiying0203@sina.com" <zhangzhiying0203@sina.com>

主题：Re: Clarification on Cooler Image Similarities & Copyright Assurance

日期：2025年09月25日 07点50分

Hi Terry,
Please see the attached letter in response to your email dated September 22, 2025. Additionally, could you please clarify whether you represent one or all of the following entities:

- Shenzhen Bingrui Technology Co., Ltd.
- Shenzhen Sonoran Technology Co., Ltd.
- Xin, Yi

Also, please specify what capacity you represent them (e.g., spokesperson, lawyer, etc.).

Best,

_____

**Nathan Archuleta Esq.**
Associate Counsel
P&P Imports LLC
17352 Derian Ave.
Irvine, CA 92614
949.734.6892| www.pandpimports.com





This email contains information that may be confidential and/or privileged. If you are not the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at P&P Imports LLC by replying to this email and deleting the original.

**From:** zhangzhiying0203@sina.com <zhangzhiying0203@sina.com>
**Sent:** Monday, September 22, 2025 1:22 AM

3

**To:** Nate Archuleta <nate@pandpimports.com>
**Subject:** Clarification on Cooler Image Similarities & Copyright Assurance

Dear Nathan,

We represent the CoolerCruiser brand.

Thank you for reaching out to us regarding the copyright concerns about our cooler images.

We appreciate your attention to this matter.

We understand that some of our cooler images may appear structurally similar to yours.

This is likely due to the fact that both coolers share a similar market positioning, which naturally leads to comparable visual representations in promotional materials.

However, we want to assure you that all images we use feature our own models and are part of our original content.

We value intellectual property rights and would never intentionally infringe upon others' work.

If you have any further questions or concerns, please don't hesitate to let us know.

We are happy to discuss this further and ensure mutual understanding.

Thank you again for your email, and we look forward to your response.

Best regards,


Terry

4

**Nate Archuleta**

| | |
|---|---|
| **From:** | no-replies-appeal@amazon.com |
| **Sent:** | Friday, October 24, 2025 11:52 PM |
| **To:** | Sean Wong |
| **Subject:** | We've received a counter notice for your Amazon.com report |

Hello,

We have received a counter-notice, from an Amazon seller, to your report(s) of posting, hosting and/or distributing unlicensed copyright protected material on our network. Below are the details of the complaint and ASIN targeted in the complaint.

Complaint ID: 18671495721
ASIN: B0D5YM3FLK
Title: Cooler Cruiser Floating Cooler – 32 QT up to 60 Hours Amphibious Ice Chest - Kayak Camping Coolers for Lake, River, SUP, Fishing, Boat, Pool, Party, Beach & More

The counter notice submitted is provided below for your records. We will allow this material to become accessible, unless you provide us with notice that a lawsuit has been filed against the counter-noticing party within 10 business days. Please ensure a copy of the lawsuit is sent to ip-info-request@amazon.com to help ensure efficient processing. Note, that if a copy of the lawsuit is not provided within 10 business days, the identified content above will be reinstated.

ASIN: B0D5YM3FLKComplaint ID: 18671495721You recently provided me with a copy of a Notice of Infringement under the Digital Millennium Copyright Act (DMCA). This letter is a Counter-Notification as authorized in § 512(g) of the DMCA. I have a good faith belief that the material identified in the Notice of Infringement was removed or disabled as a result of mistake or misidentification of the material to be removed or disabled. I therefore request that the material be replaced and/or no longer disabled.The material in question formerly appeared on Amazon website with Amazon Standard Identification Number (ASIN):B0D5YM3FLKMy contact information is as follows:Full Legal Name:shenzhenbingruikejiyouxiangongsiEmail Address:295890788@qq.comMailing Address:Building C4, Room 401-416-3, Zhonghao Industrial City, Xiangjiaotang Community, Bantian Street, Longgang District, ShenzhenPhone Number:18951603182 ✔ (I) I am located in the United States and I consent to the jurisdiction of the Federal District Court for the judicial district in which my address is located (OR) I am located outside of the United States and I consent to the jurisdiction of any judicial district in which Amazon may be found. ✔ (II) I agree to accept service of process from the person who provided notification under subsection (c)(1)(C) or an agent of such person. ✔ (III) I have a good faith belief that the material identified in the Notice of Infringement was removed or disabled as a result of mistake or misidentification of the material to be removed or disabled. ✔ (IV) I declare under penalty of perjury under the laws of the United States of America that this Counter-Notification and all statements therein are true and correct. ✔ (V) I ACKNOWLEDGE THAT PROVIDING FALSE STATEMENTS IN A COUNTER-NOTICE MAY LEAD TO CIVIL PENALTIES OR CRIMINAL PROSECUTION.Enter your full name as a means of a digital signature. Please note that by entering your full name you are providing us with your digital signature which is legally binding.Ying Zhi  Zhang

Thank You,
Amazon

1

## Nate Archuleta

| | |
|---|---|
| **From:** | Nate Archuleta <nate@pandpimports.com> |
| **Sent:** | Monday, October 27, 2025 12:44 PM |
| **To:** | zhangzhiying0203@sina.com |
| **Subject:** | Re: 回复：Re: 回复：Re: Clarification on Cooler Image_Similarities_&_Copyright_Assurance |

Hi Terry,

We have been trying to resolve this with you for months now with no success. Your last email indicated that we would hear from you after October 8, 2025; however, we have not received any further communication from you.

We have sent you multiple letters detailing your copyright infringement, including copies of the infringing images and the corresponding page numbers showing your unlawful reproduction of P&P's work. We have also documented your trademark infringement in the same correspondence, even going so far to circle the unlawful use to make it abundantly clear to you.

Because you have failed to cooperate, both P&P's internal and outside counsel have submitted formal complaints to Amazon. As a result of **Complaint ID: 18671495721** Amazon.com has once again recognized P&P's intellectual property rights and deactivated your infringing listing located at:

https://www.amazon.com/Cooler-Cruiser-Floating-Amphibious-Camping/dp/B0D5YM3FLK?th=1

Please see the attached screen capture confirming that your listing has been deactivated due to intellectual property infringement.

Your listing for **ASIN B0F3BTJNLP** remains active:
https://www.amazon.com/Cooler-Cruiser-Floating-Amphibious-Camping/dp/B0F3BTJNLP

You must **deactivate this listing immediately** and provide P&P with full sales information for both products. In addition, you must contact us promptly to negotiate resolution for the damages you have caused and continue to cause.

Additionally, we have received a counter-notice for Complaint ID: 18671495721. **Retract the counter-notice for Complaint ID: 18671495721 within 48 hours of receipt of this notice**. You stated in the counter-notice under penalty of perjury that you have a good faith belief that the material was removed

1

by mistake, (violating 17 U.S.C. § 512(f)) you knew due to P&P's Cease and Desist letter that your materials infringe P&P's Copyright and knowingly misrepresented those facts in the counter notice. You are now guilty of perjury and face civil and criminal penalties for doing such.

**You must retract the counter-notice for Complaint ID: 18671495721 <u>within 48 hours of receipt of this notice</u> and forever cease selling and deactivate the listing for ASIN B0F3BTJNLP or P&P will be forced to pursue further legal action to stop your ongoing willful copyright infringement, willful trademark infringement, perjury and exceptional bad-faith conduct.**

Best Regards,

_____

**Nathan Archuleta Esq.**
Associate Counsel
P&P Imports LLC
17352 Derian Ave.
Irvine, CA 92614
949.734.6892| www.pandpimports.com



This email contains information that may be confidential and/or privileged. If you are not the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at P&P Imports LLC by replying to this email and deleting the original.

---

**From:** zhangzhiying0203@sina.com <zhangzhiying0203@sina.com>
**Sent:** Friday, October 3, 2025 9:06 AM
**To:** Nate Archuleta <nate@pandpimports.com>
**Subject:** 回复：Re: 回复：Re: Clarification on Cooler Image_Similarities_&_Copyright_Assurance

<table>
<tr><td>

**Be Careful With This Message**
From (zhangzhiying0203@sina.com)
**High Risk Sender Location**
The message was sent from a High Risk Country. **Take caution when interacting with this message.**

</td><td>

Learn More

</td></tr>
</table>

Dear

I hope this email finds you well.

We would like to inform you that our office will be observing the **National Day holiday** in China from **October 1st to October 7th**, as this is one of the most significant public holidays in our country. National Day commemorates the founding of the People's Republic of China on October 1, 1949, and is celebrated nationwide with various festivities, travel, and family gatherings.

During this period, our team will be on holiday, and responses to emails or requests may be delayed. Any pending matters requiring our attention will be addressed promptly **after October 8th**, when normal business operations resume.

We appreciate your patience and understanding, and we look forward to continuing our collaboration after the holiday.

Wishing you a pleasant week ahead!

Best regards,

----- 原始邮件 -----
发件人：Nate Archuleta <nate@pandpimports.com>
收件人："zhangzhiying0203@sina.com" <zhangzhiying0203@sina.com>
主题：Re: 回复：Re: Clarification on Cooler Image_Similarities_&_Copyright_Assurance
日期：2025年10月03日 07点46分

Hi Terry,
Please read the attached letter carefully. We look forward to your response.

Best,

_____

**Nathan Archuleta Esq.**
Associate Counsel
P&P Imports LLC
17352 Derian Ave.
Irvine, CA 92614
949.734.6892| www.pandpimports.com





This email contains information that may be confidential and/or privileged. If you are not the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at P&P Imports LLC by replying to this email and deleting the original.

**From:** zhangzhiying0203@sina.com <zhangzhiying0203@sina.com>
**Sent:** Wednesday, September 24, 2025 7:44 PM
**To:** Nate Archuleta <nate@pandpimports.com>
**Subject:** 回复：Re: Clarification on Cooler Image Similarities & Copyright Assurance

Dear Nathan,

I represent the CoolerCruiser brand as spokesperson.

CoolerCruiser brand owned by Shenzhen Bingrui Technology Co., Ltd.

Regarding the copyright issue, I have already explained it in my previous email.

As for the trademark issue, we have never used your trademark.

In fact, this has come as a great surprise to us. It took us a long time to understand what you were referring to.

The example you mentioned involves a customer who purchased our cooler and then bought your wheels(cuddy's wheels) separately. When they didn't fit, the customer left a review with photos that included the wheel's (cuddy's wheels)instruction manual—which of course contained cuddy's trademark.

If you check the review again carefully, you will see that what I'm saying is true.

I am providing a brief explanation and initial response for now, and our legal team will handle the follow-up matters accordingly.

Best,

Terry


----- 原始邮件 -----

发件人：Nate Archuleta <nate@pandpimports.com>

收件人："zhangzhiying0203@sina.com" <zhangzhiying0203@sina.com>

主题：Re: Clarification on Cooler Image Similarities & Copyright Assurance

日期：2025年09月25日 07点50分

Hi Terry,
Please see the attached letter in response to your email dated September 22, 2025. Additionally, could you please clarify whether you represent one or all of the following entities:

- Shenzhen Bingrui Technology Co., Ltd.
- Shenzhen Sonoran Technology Co., Ltd.
- Xin, Yi

Also, please specify what capacity you represent them (e.g., spokesperson, lawyer, etc.).

Best,

_____

**Nathan Archuleta Esq.**
Associate Counsel
P&P Imports LLC
17352 Derian Ave.
Irvine, CA 92614
949.734.6892| www.pandpimports.com



This email contains information that may be confidential and/or privileged. If you are not the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at P&P Imports LLC by replying to this email and deleting the original.

---

**From:** zhangzhiying0203@sina.com <zhangzhiying0203@sina.com>
**Sent:** Monday, September 22, 2025 1:22 AM
**To:** Nate Archuleta <nate@pandpimports.com>
**Subject:** Clarification on Cooler Image Similarities & Copyright Assurance

Dear Nathan,

We represent the CoolerCruiser brand.

Thank you for reaching out to us regarding the copyright concerns about our cooler images.

We appreciate your attention to this matter.

We understand that some of our cooler images may appear structurally similar to yours.

This is likely due to the fact that both coolers share a similar market positioning, which naturally leads to comparable visual representations in promotional materials.

However, we want to assure you that all images we use feature our own models and are part of our original content.

We value intellectual property rights and would never intentionally infringe upon others' work.

5

If you have any further questions or concerns, please don't hesitate to let us know.

We are happy to discuss this further and ensure mutual understanding.

Thank you again for your email, and we look forward to your response.

Best regards,


Terry