# Exhibit C

11/6/25, 1:02 PM · Amazon.com : Cuddy Floating Cooler and Dry Storage Vessel – 40QT – Amphibious Hard Shell Design – Multiple Color Options : S…

Case 8:25-cv-02509 · Document 1-5 · Filed 11/07/25 · Page 2 of 11 · Page ID #:106



Sponsored ⓘ

Sports & Outdoors › Sports › Leisure Sports & Game Room › Outdoor Games & Activities



6 VIDEOS



Click to see full view

# CUDDY Floating Cooler and Dry Storage Vessel for Land & Water – 40QT– Great for River, Beach, Kayak, Pool, & Lake - Multiple Color Options

Visit the GoSports Outdoors Store

4.6 ★★★★½ ⌄     369 ratings

Amazon's Choice

$249⁹⁹

FREE Returns ⌄

Get $60 off instantly: Pay $189.99 upon approval for the Amazon Store Card.

Color: **White**



| | | | | | |
|---|---|---|---|---|---|
| $249.99 | $249.99 | $249.99 | $249.99 | $249.99 | $249.99 |
| $249.99 | $249.99 | | | | |

Size: **40 qts**

| Brand | GoSports Outdoors |
|---|---|
| Color | White |
| Material | High Density Polyethylene (HDPE) |
| Package Information | Cup |
| Capacity | 40 Quarts |
| Product | 23"D x 39"W x 10"H |

⌄ See more

## About this item

- AMPHIBIOUS FLOATING COOLER: Float, tow or anchor, the CUDDY is a floating cooler and dry storage vessel that also serves as a traditional cooler on land; Always have your drinks or gear within reach while on the water
- TAKE IT ANYWHERE: Fully functioning cooler in and out of the water; Use for boating, kayaking, camping, rafting, tubing, fishing, pools, sandbars or anywhere on land; Easy to tow in water
- SOCIAL FLOATING: Always have your cold drinks within reach, in and out of the water; Easy cooler access with 2 large lids and 4 built-in cup holders; Anchor your CUDDY on the sandbar, tie-off on your boat or tow behind your kayak
- TOWABLE AND UNSINKABLE: Built for the rugged outdoors; Designed for non-powered towing (kayak, SUP, hand) or anchor to a fixed point for Social Floating
- MARINE GRADE FEATURES: Robust HDPE build, 40 qt capacity, dual walled insulation, dual lids, 4x T-latch handles, hydrodynamic profile, tow / tie-down rope, 4x cup holders; Patented
- INTEREST FREE FINANCING AVAILABLE: GoSports Exclusive – 0% financing – just select Affirm payment plan at checkout; Terms apply

🗨 Report an issue with this product or seller

Shop now

Sponsored ⓘ

## Frequently bought together

### Prime

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.

Join Prime

**Buy new:** ⦿

$249⁹⁹

FREE delivery **Tuesday, November 11**

Or Prime members get FREE delivery **Tomorrow, November 7**. Order within 4 hrs 12 mins.

Join Prime

⊙ Delivering to Irvine 92614 - Update location

**In Stock**

Quantity: 1 ⌄

Add to Cart

Buy Now

| Ships from | Amazon.com |
|---|---|
| Sold by | Amazon.com |
| Returns | FREE refund/replacement until Jan 31, 2026 |
| Packaging | Ships in product packaging |

⌄ See more

**Add a Protection Plan:**

☐ 2-Year Protection Plan for $24.99

☐ Complete Protect: One plan covers all eligible past and future purchases for $16.99/month

**Save with Used - Very Good** ◯

$199²¹

FREE delivery Wednesday, November 12

Ships from: Amazon
Sold by: Amazon Resale

Add to List

### Other sellers on Amazon

New & Used (3) from $199²¹ & FREE Shipping. ⟩

11/6/25, 1:02 PM
Amazon.com: Cuddy Floating Cooler and Dry Storage Vessel 40QT – Amphibious Hard Shell Design, Multiple Color Options : S…

Case 8:25-cv-02509 Document 1-5 Filed 11/07/25 Page 3 of 11 Page ID #:107

  

Total price: $322.48

**Add all 3 to Cart**



**This item:** CUDDY Floating Cooler and Dry Storage Vessel for Land & Water – 40QT– Great for Rive...
$249⁹⁹

Cuddy Crawler Wheel Conversion Set - Cooler Wheel Kit for Cuddy Coolers
$49⁹⁹

Cuddy Cooler Grip Kit for Traction on All Surfaces - Prevents Sliding in Truck Beds and Boats
$22⁵⁰

Sponsored ⓘ

## Products related to this item  Sponsored ⓘ

Page 1 of 58

     

Betta SE Solar Powered Automatic Robotic Pool Surface Skimmer Cleaner with 24/7 Con...
★★★★★ 6,787
#1 Best Seller
$389⁹⁰
✔prime

RTIC Halftime Water Cooler Portable Carrier Container, Drink Beverage Dispenser, St...
★★★★★ 551
$104⁹⁹
✔prime

13L Pool Cooler, Insulated Hard Cooler with Handle & Hanging Bracket, Keeps Drinks ...
$25⁹⁹
✔prime

RTIC Ultra-Light 32 Quart Hard Cooler Insulated Portable Ice Chest Box for Drink, B...
★★★★★ 1,037
$169⁹⁹

RTIC 16 Qt Road Trip Cooler, Hard Insulated Portable with Strap and Handle for Outd...
★★★★★ 80
$105⁰⁰

Gho
Cool
Bait
400(
★★
$99
✔pri
Save
sizes/

## 4 stars and above  Sponsored ⓘ

Page 1 of 31

     

RTIC 16 Qt Road Trip Cooler, Hard Insulated Portable with Strap and Handle for Outd...
★★★★★ 80
$105⁰⁰

RTIC Ultra-Tough Cooler, Hard Insulated Ice Chest Box for Beach, Drink, Beverage, C...
★★★★★ 1,390
Amazon's Choice
$174⁹⁹

Pittman - Floating Ice Chest for River - Large 72 Can Floating Cooler for River, Po...
★★★★★ 100
-20% $39⁹⁹ ($0.35 / oz)
List: $49.99

RTIC Ultra-Light 52 Quart Hard Cooler Insulated Portable Ice Chest Box for Beach, D...
★★★★★ 1,882
$229⁰⁰

Betta SE Solar Powered Automatic Robotic Pool Surface Skimmer Cleaner with 24/7 Con...
★★★★★ 6,787
#1 Best Seller
$389⁹⁰
✔prime

RTIC Halftime Water Cooler Portable Carrier Container, Drink Beverage Dispenser, St...
★★★★★ 551
$104⁹⁹

RTIC Ultra-L
Quart Hard (
Insulated Po
Chest Box fo
★★★★
$169⁹⁹

## From the manufacturer



11/6/25, 1:02 PM    Amazon.com : Cuddy Floating Cooler and Dry Storage Vessel - 40 QT - Amphibious Hard Shell Design - Multiple Color Options : S…

Case 8:25-cv-02509    Document 1-5    Filed 11/07/25    Page 4 of 11    Page ID #:108





11/6/25, 1:02 PM    Amazon.com: Cuddy Floating Cooler and Dry Storage Vessel - Amphibious Hard Shell Design - Multiple Color Options : S…

Case 8:25-cv-02509    Document 1-5    Filed 11/07/25    Page 5 of 11    Page ID #:109



**Shop Our Other Products!**



| | Backcountry Portable Solar Panel | Backcountry Portable Power Station | 44" Heavy Duty River Tube | Cuddy Cargo Net Kit - Attachable Net for Cuddy Coolers | Tough Toss All Weather Cornhole Set | Cuddy Crawler Wheel Conversion Set |
|---|---|---|---|---|---|---|
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Customer Reviews | ★★★½☆ 8 | ★★★★★ 13 | ★★★★½ 326 | ★★★★☆ 8 | ★★★★☆ 64 | ★★★★½ 79 |
| Price | $76⁷⁷ | $999⁰⁰ | $99⁹⁹ | $24⁶⁸ | $219⁹⁹ | $49⁹⁹ |
| Key Features | Solar panel harnesses sunlight to directly charge and power some of your favorite devices during outdoor adventures and unexpected emergencies. Choose 60W or 110W. | Nearly unlimited uses for off-grid power: camping, backpacking, hunting, home emergencies, power outages, remote worksite, tailgating, boating, or youth sports. Choose between 300W, 500W, 1000W. | Reinforced tire tube enclosed by premium canvas cover with a mesh bottom for leisurely floating in lakes and rivers all summer long. Choose between America, Blue, Red, and Retro styles. | Gain even more storage by loading and securing things on top of your CUDDY; Only compatible with GoSports Outdoors CUDDY Coolers | UV printed with realistic camouflage graphics, our Tough Toss cornhole boards can withstand humidity and rain showers, unlike traditional wood sets. Includes two weatherproof 4 ft x 2 ft cornhole boards and 8 regulation all-weather canvas bean bags. | With the Cuddy Crawler, there's no need to haul a heavy cooler around. Just strap on these wheels and pull your Cuddy on dirt, grass, sand, and more for any outdoor adventure. |

## Product Description

The CUDDY is the result of hundreds of hours of R&D to develop the most versatile cooler and dry storage vessel in the world. Engineered to perform in and out of the water, the CUDDY brings a whole new level of convenience to recreational water sports. The CUDDY combines all of the features and conveniences of a modern cooler with the additional ability to be taken out on the water. The CUDDY's unsinkable design and hydrodynamic profile allow it to be towed, tethered or anchored in any body of water. Since we can't always be out on the water, the CUDDY also works on land, making it an all-purpose outdoor accessory. The CUDDY is truly the last cooler you will ever need to own and is sure to wow your friends with cold drinks always within reach.

## Product information

### Technical Details

| | |
|---|---|
| Brand | GoSports Outdoors |
| Color | White |
| Material | High Density Polyethylene (HDPE) |

### Additional Information

| | |
|---|---|
| ASIN | B0BTV2QK5H |
| Customer Reviews | 4.6 ★★★★½ ▼    369 ratings<br>4.6 out of 5 stars |

11/6/25, 1:02 PM
Amazon.com : Cuddy Floating Cooler and Dry Storage Vessel – 40QT – Amphibious Hard Shell Design – Multiple Color Options : S…

Case 8:25-cv-02500 Document 1-5 Filed 11/07/25 Page 6 of 11 Page ID #:110

| | |
|---|---|
| Package Information | Cup |
| Capacity | 40 Quarts |
| Product Dimensions | 23"D x 39"W x 10"H |
| Item Weight | 24.7 Pounds |
| Special Feature | 4 Cup Holders, Amphibious, Dual Walled Insulation, Floating, Towable |
| Included Components | (1)40QT Cuddy Floating Cooler Dry Storage Vessel, (1) 6 ft tow strap with carabiner |
| Recommended Uses For Product | Beach, Boating, Camping, Fishing, Kayaking |
| Model Name | Cuddy Floating Cooler and Dry Storage Vessel |
| Product Care Instructions | Clean and thoroughly dry with lids open before storing, Never drag or tow on hard surfaces |
| Team Name | Cuddy |
| UPC | 815898028667 |
| Global Trade Identification Number | 00815898028667 |
| Size | 40 qts |
| Manufacturer | P&P Imports LLC |
| Item Package Dimensions L x W x H | 38.58 x 24.88 x 11.1 inches |
| Package Weight | 13.32 Kilograms |
| Item Dimensions LxWxH | 23 x 39 x 10 inches |
| Brand Name | GoSports Outdoors |
| Warranty Description | All claims must be directed to the P&P IMPORTS, LLC retail dealer from whom the merchandise was originally purchased, along with original delivery receipt., P&P IMPORTS, LLC warrants its Products to be free from defects in material and workmanship for a period of six (6) months from date of delivery to the consumer. Please keep your original delivery receipt, as it will be required for any warranty claim. This warranty is not transferable and does not apply to merchandise purchased "as is" (i.e. floor samples or clearance center items). This warranty does not apply to P&P IMPORTS, LLC goods purchased from a non-authorized P&P IMPORTS, LLC dealer or reseller. Please follow all instructions regarding your Product, as failure to do so will void this warranty. |
| Suggested Users | unisex-adult |
| Part Number | CUDDY-40-WHITE-01 |
| Style | White |

| | |
|---|---|
| Best Sellers Rank | #69,613 in Sports & Outdoors (See Top 100 in Sports & Outdoors)<br>#1,174 in Outdoor Games & Activities |
| Date First Available | February 4, 2023 |

## Feedback

Would you like to **tell us about a lower price?** ⌄

## Product Videos



11/6/25, 1:02 PM
Amazon.com: Cuddy Floating Cooler and Dry Storage Vessel - 40 QT - Amphibious Hard Shell Design - Multiple Color Options : S…

Case 8:25-cv-02509   Document 1-5   Filed 11/07/25   Page 7 of 11   Page ID #:111

## Products related to this item <span style="font-size:small">Sponsored ⓘ</span>

<span style="float:right">Page 1 of 58</span>









| RTIC Halftime Water Cooler 3 Gallon Portable Carrier Container, Drink Beverage Disp... | 12V 100Ah LiFePO4 Battery,Built-in 100A BMS 1280Wh,8000+ Deep Cycle Marine... | Ghosthorn Fishing Cooler 11QT/15QT Live Bait Cooler with 4000mAh... | ALIFUN Inflatable Dog Water Ramp Safety Floating Dock Dog Pool Raft for Pool Lake B... | Betta SE Solar Powered Automatic Robotic Pool Surface Skimmer Cleaner with 24/7 Con... | 13L Pool Cooler, Insulated Hard Cooler with Handle & Hanging Bracket, Keeps Drinks ... | RTIC Ultra-L Quart Hard Insulated P Chest Box f |
|---|---|---|---|---|---|---|
| ★★★★★ 551 | ★★★★☆ 85 | ★★★★☆ 11 | ★★★★☆ 20 | ★★★★☆ 6,787 | | ★★★★☆ |
| $104⁹⁹ | $319⁹⁹ | $99⁹⁹ | **Amazon's Choice** | **#1 Best Seller** | $25⁹⁹ | $169⁹⁹ |
| | | ✓prime | $109⁹⁹ | $389⁹⁰ | ✓prime | |
| | | Save 10% with coupon (some sizes/colors) | ✓prime | ✓prime | | |



## Similar brands on Amazon <span style="float:right">Page 1 of 2</span>

<span style="font-size:small">Sponsored ⓘ</span>



RTIC 52 Quart Ultra-Light Wheeled Hard Cooler Insulated Portable Ice Chest Bo...
4.6 ★★★★☆ 690
$279.00



Coleman Pro Heavy-Duty 55qt Wheeled Ultra-Light Premium Hard Cooler, Extr...
4.5 ★★★★☆ 425
$287.85



FSE Hard-Sided 54 Qt. / 80 Can Me Cooler, Two-Tone Gray Camo and E
5.0 ★★★★★ 2
$199.99

## Customer reviews

★★★★☆ 4.6 out of 5

369 global ratings

| | | |
|---|---|---|
| 5 star | ████████████ | 78% |
| 4 star | ██ | 10% |
| 3 star | █ | 5% |
| 2 star | █ | 5% |
| 1 star | | 2% |

How customer reviews and ratings work ⌄

### Review this product

Share your thoughts with other customers

[ Write a customer review ]



<span style="font-size:small">Sponsored ⓘ</span>

## Customers say

Customers find the cooler perfect for river and lake use, praising its ability to hold up to 20 lbs of ice and 30 cans of pop. The cooler receives positive feedback for its functionality, durability, and value for money. While customers appreciate that it rolls easily, opinions about the wheels are mixed.

🅰ⁱ Generated from the text of customer reviews

**Select to learn more**

✓ Floatability   ✓ Cooler quality   ✓ Keeps drinks cold   ✓ Holds a lot   ✓ Durability
✓ Functionality   ✓ Value for money   Wheels

### Reviews with images <span style="float:right">See all photos ›</span>







### Top reviews from the United States

 Tiny7306

★★★★★ **Great Cooler**

Reviewed in the United States on June 14, 2025

Size: 40 qts | Color: Seafoam | **Verified Purchase**

Picked up this amazing floating cooler for our pool parties and we can say it has exceeded our expectations. It has a good capacity for ice and drinks. The ice stayed frozen for much longer than we anticipated. It lasted into the next day. The convenience of not having to get out of the pool to get another drink was fabulous. Money well spent.

One person found this helpful

[ Helpful ]   Report

Kindle Customer

★★★★★ **Great cooler**

Reviewed in the United States on June 3, 2025

Size: 40 qts | Color: Yellow | **Verified Purchase**

Case 8:25-cv-02509    Document 1-5    Filed 11/07/25    Page 8 of 11    PageID #:112

Love this for lake time. It floats well, the cup holders are super convenient, and it does a good job keeping things cold (even when opened frequently). Wheels are handy to have, although the Velcro comes undone too easily

Helpful    |    Report

 Chad Chowning

★★★★★ **Turns heads and makes partying on the water easier**
Reviewed in the United States on October 24, 2025
Size: 40 qts  |  Color: Navy  |  Verified Purchase

There's not as much room inside as one would think (for ice and drinks) but it definitely creates a table on floats and keeps the water out. I would highly recommend getting the wheels to go with it or atleast fabricating your own wheeling option because it's a bit more awkward carrying than the normal rectangular ones.

Helpful    |    Report

 Kim Grose

★★★★★ **Great for kayaking**
Reviewed in the United States on April 25, 2025
Size: 40 qts  |  Color: White  |  Verified Purchase

LOVE this cooler! We took it down the Buffalo River tethered to a kayak. You can definitely feel the weight in tow behind you, but it tracks very well. Kept beer and steaks cold the whole trip, refilling ice at halfway mark. The wheels made pulling it up onto the beach and to the campsite much easier!

2 people found this helpful

Helpful    |    Report

 SandFleaDDH

★★★★☆ **Floats and keeps drinks cold…. for awhile.**
Reviewed in the United States on July 26, 2024
Size: 40 qts  |  Color: Tan  |  Verified Purchase

Let's get straight to the point… this is a great floating cooler for a single days use. It rolls easily, floats steadily, is fairly sturdy ( so far ) and looks like it will take minimal maintenence ( aka occasional tightening of hinge bolts. It LOOKS like a Yeti cooler, but is not nearly as well insulated. I'd say it holds ice about as long as your typical cheap igloo coolers, but is much more fun. We use it off the back of the boat, and off the dock, and it's a fun conversation piece. But let's be honest… do you really need to keep ice more than a single afternoon in a cooler like this? It's for day drinking at the lake, and that's about as long as your ice will last.

15 people found this helpful

Helpful    |    Report

Alexz

★★★★★ **Amazing!! In love!**
Reviewed in the United States on May 25, 2025
Size: 40 qts  |  Color: Seafoam  |  Verified Purchase

Took this bad boy floating on the Tahlequah river yesterday. 10/10. I had no issues at all. It stayed afloat when we hit some tree branches. Even with drunk people using it to keep themselves up, it handled it! I love it. I recommend it for anyone who loves to be on the water!

4 people found this helpful

Helpful    |    Report

Amber Womble

★★★★★ **Awesome Purchase!**
Reviewed in the United States on June 27, 2025
Size: 40 qts  |  Color: White  |  Verified Purchase

This thing is awesome. Bought to float the river with and it held up like a champ! Keeps ice all day in 90+ heat and is super durable. Would highly recommend!

Helpful    |    Report

Savvy Shopper

★★★★★ **Floating cooler**
Reviewed in the United States on June 13, 2025
Size: 40 qts  |  Color: Navy  |  Verified Purchase

When we get to our destination on the river we throw out the anchor then we tie the cooler to the back of our boat and it floats in the water bobbing along. It's really convenient to swim over and get a drink from the cooler instead of climbing in and out of the boat. We purchased the wheels too. They work well but they do fall off because the Velcro isn't very sturdy. Would recommend this cooler. Holds a lot of drinks. Depending on the temp of the water the ice does melt quickly.

Helpful    |    Report

**See more reviews ›**

## Top reviews from other countries

Translate all reviews to English

Case 8:25-cv-02500 Document 1-5 Filed 11/07/25 Page 9 of 11 Page ID #:113



Spencer Hedge

★★★★★ **Amazing**

Reviewed in Canada on August 12, 2025

Size: 40 qts | Color: White | Verified Purchase

Bought 2 used one for drinks and one for food, used when we camp on the lake works great if properly climitized, double over the tow strap when pulling in water it pulls way nicer on 3-4ft behind (kayak),

Report



Roberto

★★★★★ **Excelente**

Reviewed in Mexico on August 9, 2024

Size: 40 qts | Color: Yellow | Verified Purchase

Una maravilla

Report

**Translate review to English**



Rory MacIntyre

★★★★★ **Game changer**

Reviewed in Canada on July 15, 2024

Size: 40 qts | Color: Navy | Verified Purchase

Works as expected. Bit of a drag, could be a bit more of a point at the front to cut the water and reduce the drag. Floats good and would be good for a light easy paddle . Wouldnt use on canoe trip but would be good for an extra on a party island or paddle board or something.

Report

It was excellent it worked amazing

★★★★★ **Cooler**

Reviewed in Canada on July 18, 2024

Size: 40 qts | Color: White | Verified Purchase

Awesome live it

Report

**See more reviews ›**

## Based on your recent shopping trends

Page 1 of 8









| | | | | | | |
|---|---|---|---|---|---|---|
| CUDDY Crawler Cooler with Wheels – 40 QT Amphibious Floating Cooler and Dry Storage Vessel - Orange, Navy,… | Cuddy Crawler Wheel Conversion Set - Cooler Wheel Kit for Cuddy Coolers | Cuddy Cooler Grip Kit for Traction on All Surfaces - Prevents Sliding in Truck Beds and Boats | Cuddy Cargo Net Kit - Attachable Net for Cuddy Coolers | The Big Bobber Floating Cooler, Outdoors Floating Ice Chest, Portable Drifter Cooler, Keeps Beverage Cold | CreekKooler PuP Floating Cooler, Tow on Rivers and Lakes, 15 Quart | Pittman - Fl… Chest for Riv… Can Floating River, Pools Ideal Cooler River Floati… |

CUDDY Crawler Cooler with Wheels – 40 QT Amphibious Floating Cooler and Dry Storage Vessel - Orange, Navy,…

★★★★☆ 159

Amazon's Choice

$284.99-$299.99

Cuddy Crawler Wheel Conversion Set - Cooler Wheel Kit for Cuddy Coolers

★★★★☆ 79

$49.99

Get it as soon as **Tuesday, Nov 11**

FREE Shipping by Amazon

Cuddy Cooler Grip Kit for Traction on All Surfaces - Prevents Sliding in Truck Beds and Boats

★★★★☆ 18

**25% off** Limited time deal

$22.50

List: $29.99

Get it as soon as **Tuesday, Nov 11**

FREE Shipping on orders over $35 shipped by Amazon

9% Claimed

Cuddy Cargo Net Kit - Attachable Net for Cuddy Coolers

★★★★☆ 8

$24.68

Get it as soon as **Tuesday, Nov 11**

FREE Shipping on orders over $35 shipped by Amazon

The Big Bobber Floating Cooler, Outdoors Floating Ice Chest, Portable Drifter Cooler, Keeps Beverage Cold

★★★☆☆ 359

$59.99

CreekKooler PuP Floating Cooler, Tow on Rivers and Lakes, 15 Quart

★★★★☆ 432

$106.99

Pittman - Fl… Can Floating River, Pools Ideal Cooler River Floati…

★★★★☆

$39.99 ($0.

FREE Shippin Only 17 left i

## More items to consider See more

Page 1 of 4

      

| FITVEN Freestanding Punching Bag with Boxing Gloves Heavy… | RORALA Freestanding Punching Bag with 12OZ Pro Boxing Gloves,Heavy Bag for Adult, Youth, Men Standing Kickboxing Ba… | 70" Freestanding Punching Bag with Boxing Gloves Heavy Boxing Bag with Suction Cup Base for Adult Men Stand Kickboxing Bag | LEKÄRO Freestanding Punching Bag with Boxing Gloves, Heavy Boxing Bag with Stand for Adult Kids, Standin… | Heavy Boxing Bag with Stand for Adult Teens, Freestanding Inflatable Punching Bag with Gloves, Men Women… | Standing Punching Bag for Adults, Feikuqi 205lbs Heavy Bag for Boxing, Shock Absorber, Suction Cup Base, Stand Up Punching Bag Adult,… | Everlast Freestandin Heavy Bag \| Adjustal Height Heavy Punch Bag for Adults |
|---|---|---|---|---|---|---|
| ★★★★½ 6,313 | ★★★★½ 1,295 | ★★★★½ 41 | ★★★★½ 1,164 | ★★★★☆ 66 | ★★★★½ 537 | ★★★★½ 587 |
| In 2.7K+ carts | | | | | | $179.99-$299.99 |
| Amazon's Choice | | | | | | |
| $164.99 | $135.99 | $89.00 | $139.99 | $89.99 | $109.97-$119.97 | |
| Get it Nov 12 - 14 | Get it Nov 12 - 13 | FREE Shipping | Get it Nov 12 - 14 | Get it as soon as Tuesday, Nov 11 | | |
| FREE Shipping | FREE Shipping | | FREE Shipping | FREE Shipping by Amazon | | |

## Related to items you've viewed  See more

Page 1 of 4

‹

      

| CUDDY Floating Cooler and Dry Storage Vessel for Land & Water – 40QT– Great for River, Beach, Kayak, Pool, & Lake -… | Cuddy Crawler Wheel Conversion Set - Cooler Wheel Kit for Cuddy Coolers | Cuddy Cooler Grip Kit for Traction on All Surfaces - Prevents Sliding in Truck Beds and Boats | Cuddy Cargo Net Kit - Attachable Net for Cuddy Coolers | Pittman - Floating Ice Chest for River - Large 72 Can Floating Cooler for River, Pools or Lake - Ideal Cooler Floats for River Floating, tubing o… | SOLSTICE Inflatable Tube Float – Heavy-Duty Material with Grab Handles for Pool, Lake … | INTEX 56822EP Meg Chill Inflatable Cool Removable Ice Chest Built-in Cup Holders Durable Handles – E |
|---|---|---|---|---|---|---|
| ★★★★½ 369 | ★★★★½ 79 | ★★★★½ 18 | ★★★★☆ 8 | ★★★★½ 100 | ★★★★☆ 1,031 | ★★★★½ 7,872 |
| $249.99 | $49.99 | 25% off  Limited time deal | $24.68 | $39.99 ($0.35/oz) | Amazon's Choice | $20.99 |
| Get it as soon as Tuesday, Nov 11 | Get it as soon as Tuesday, Nov 11 | $22.50 | Get it as soon as Tuesday, Nov 11 | FREE Shipping | $52.51 | Get it as soon as Tuesda Nov 11 |
| FREE Shipping by Amazon | FREE Shipping by Amazon | List: $29.99 | FREE Shipping on orders over $35 shipped by Amazon | Only 17 left in stock - order… | Get it as soon as Tuesday, Nov 11 | FREE Shipping on order $35 shipped by Amazon |
| | | Get it as soon as Tuesday, Nov 11 | | | FREE Shipping by Amazon | Only 1 left in stock - ord |
| | | FREE Shipping on orders over $35 shipped by Amazon | | | Only 2 left in stock (more o… | |
| | | 9% Claimed | | | | |

›

---

## See personalized recommendations

Sign in

New customer? Start here.

---

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Visa | Your Account |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Orders |
| About Amazon | Supply to Amazon | Amazon Secured Card | Shipping Rates & Policies |
| Accessibility | Protect & Build Your Brand | Amazon Business Card | Amazon Prime |
| Sustainability | Become an Affiliate | Shop with Points | Returns & Replacements |
| Press Center | Become a Delivery Driver | Credit Card Marketplace | Manage Your Content and Devices |
| Investor Relations | Start a Package Delivery Business | Reload Your Balance | Recalls and Product Safety Alerts |
| Amazon Devices | Advertise Your Products | Gift Cards | Registry & Gift List |
| Amazon Science | Self-Publish with Us | Amazon Currency Converter | Help |
| | Become an Amazon Hub Partner | | |
| | › See More Ways to Make Money | | |

amazon

🌐 English ⇕      🇺🇸 United States

| Amazon Music | Amazon Ads | 6pm | AbeBooks | ACX | Sell on Amazon | Veeqo |
|---|---|---|---|---|---|---|

Stream millions
of songs

Reach customers
wherever they
spend their time

Score deals
on fashion brands

Books, art
& collectibles

Audiobook
Publishing
Made Easy

Start a Selling
Account

Shipping Software
Inventory
Management

Amazon Business
Everything For
Your Business

Amazon Fresh
Groceries & More
Right To Your Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Experienced Pros
Happiness
Guarantee

Amazon Web
Services
Scalable Cloud
Computing
Services

Audible
Listen to Books &
Original
Audio
Performances

Box Office Mojo
Find Movie
Box Office Data

Goodreads
Book reviews
&
recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info
Entertainment
Professionals Need

Kindle Direct
Publishing
Indie Digital &
Print Publishing
Made Easy

Amazon Photos
Unlimited Photo
Storage
Free With Prime

Prime Video Direct
Video Distribution
Made Easy

Shopbop
Designer
Fashion Brands

Amazon Resale
Great Deals on
Quality Used
Products

Whole Foods
Market
America's
Healthiest
Grocery Store

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Ring
Smart Home
Security Systems

eero WiFi
Stream 4K Video
in Every Room

Blink
Smart Security
for Every Home

Neighbors App
Real-Time Crime
& Safety Alerts

Amazon
Subscription Boxes
Top subscription
boxes – right to
your door

PillPack
Pharmacy
Simplified

Amazon Renewed
Like-new products
you can trust

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

Stream millions
of songs

Reach customers
wherever they
spend their time

Score deals
on fashion brands

Books, art
& collectibles

Audiobook
Publishing
Made Easy

Start a Selling
Account

Shipping Software
Inventory
Management

Amazon Business
Everything For
Your Business

Amazon Fresh
Groceries & More
Right To Your Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Experienced Pros
Happiness
Guarantee

Amazon Web
Services
Scalable Cloud
Computing
Services

Audible
Listen to Books &
Original
Audio
Performances

Box Office Mojo
Find Movie
Box Office Data