# Exhibit D

5/1/25, 1:48 PM
Amazon.com: Cooler Cruiser Floating Cooler – 32 QT up to 60 Hours Amphibious Ice Chest - Kayak Camping Coolers for Lake, Riv…

Case 8:25-cv-02500   Document 1-6   Filed 11/07/25   Page 2 of 14   Page ID #:117

amazon

Deliver to Nathan
Irvine 92614

Sports & Outdoors

Search Amazon

EN

Hello, Nathan
Account & Lists

Returns
& Orders

0

All     Rufus     Join Prime     Same-Day Delivery     Medical Care     Saks     Amazon Basics     Keep Shopping For     Prime Video     Livestreams

Sports & Outdoors     Outdoor Recreation     Hunting     Fishing & Boating     Cycling     Exercise & Fitness     Sports     Golf     Game Room & Outdoor Games     Fanshop     Sales & Deals

Shop RTIC

Sponsored

Sports & Outdoors › Outdoor Recreation › Camping & Hiking › Camp Kitchen › Coolers

## Floating Cooler – 32 QT up to 60 Hours Amphibious Ice Chest - Kayak Camping Coolers for Lake, River, SUP, Fishing, Boat, Pool, Party, Beach & More

Brand: cooler cruiser

4.5 ★★★★☆ (29)  |  Search this page

100+ bought in past month

-25% $179⁹⁹

List Price: $239.99

Or $18.09 /mo (12 mo). Select from 1 plan

**Coupon:** ☐ Apply $20 coupon  Terms

Get $80 off instantly: Pay $99.99 $179.99 upon approval for the Amazon Store Card. No annual fee.

**Color: Navy Blue**

| $179.99 $239.99 | $239.99 |

| **Brand** | cooler cruiser |
| **Color** | Navy Blue |
| **Material** | High Density Polyethylene (HDPE) |
| **Package Information** | Box |
| **Capacity** | 32 Quarts |
| **Product** | 34"D x 11"W x 21"H |

See more

$179⁹⁹

FREE delivery **May 6 - 8**. Details

◉ Deliver to Nathan - Irvine 92614

In Stock

Quantity: 1

**Add to Cart**

**Buy Now**

| Ships from | Cooler Cruiser Official |
| Sold by | Cooler Cruiser Official |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

∨ See more

**Add a Protection Plan:**

☐ 2-Year Protection Plan for $21.99

☐ Complete Protect: One plan covers all eligible past and future purchases (Renews Monthly Until Cancelled) for $16.99/month

Add to List

### Other sellers on Amazon

New (2) from $179⁹⁹  & **FREE** Shipping   ›



Hydration Station Float and Big...
$79⁹⁹

Sponsored

Roll over image to zoom in

☀ Ask Rufus

Can its lid be opened single handedly?

How long does it keep contents cold for?

Does it float when placed in water?     Ask something else

### About this item

- AQUASWIFT Exclusive Lid Design: Effortlessly access your cold drinks both in and out of the water with our innovative double-lid mechanism. It allows you to open the lid with just one hand while in the water, making hydration quick and easy. The large lid facilitates easy storage, while the small lid ensures the simple removal of your beverages. Keep your drinks and gear always within reach.

- Versatile Marine-Grade Cooler: Designed with a hydrodynamic profile and water-balanced features, this cooler is towable and unsinkable, ensuring effortless mobility and stability. With its 32-quart capacity, it can easily chill up to 25 cans of your favorite beverages for hours. Take it anywhere and

Case 8:25-cv-02500    Document 1-6    Filed 11/07/25    Page 3 of 14    Page ID#:118

enjoy the convenience of a fully functional cooler, whether you're on or off the water.

- TEMPSTEADY Insulation Tech: Our innovative foaming technology ensures that items stay cold for up to 60 hours, thanks to insulation with low thermal conductivity. The 2-inch foam provides a rigid structure that enhances durability and shape retention. This process guarantees complete insulation coverage, eliminating thermal bridges for optimal efficiency. Additionally, the 2X T-latches enhance sealing, keeping drinks and food fresh.

- Social Floating: This floating cooler features four built-in cup holders that accommodate standard-sized cans and insulators, allowing you easy access to your drinks during water activities. It can be towed behind a kayak, SUP, or boat, or anchored at a fixed point for social floating. Whether you are enjoying time in a pool, lake, or river, this cooler keeps your beverages easily accessible.

- Amphibious Ice Chest: Designed for water sports enthusiasts, it offers sturdy and durable performance for lakes, pools, beaches, and camping. Ideal for kayaking, boating, and rafting, it keeps drinks and snacks cool while you relax in pools, spas, or tubs. The Cruiser Cooler makes the perfect gift for water lovers and is essential for fun activities on both land and water.

- Multi-use Water Accessories: The package includes a 6-foot tow strap and two carabiners for easy installation and removal, as well as two sturdy handles for comfortable and convenient carrying. These Accessories are designed for versatility and ease of use during your adventures.

**Customers usually keep this item**
This product has fewer returns than average compared to similar products.

 Report an issue with this product or seller



Sponsored

## Explore top deals in related categories See all deals

Page 1 of 5

Case 8:25-cv-02500 Document 1-6 Filed 11/07/25 Page 4 of 14 Page ID#:119











**OtterBox Samsung Galaxy S24 Ultra Defender Series Case - Baby Blue Jeans, Rugge…**
★★★★½ 464
-42% $37⁹⁹
Limited time deal
List: $64.95
Get it as soon as **Tuesday, May 6**
FREE Shipping by Amazon

**ESR for iPhone 14 Pro Max Case with Stand, Compatible with MagSafe, Full-Body…**
★★★★½ 6,256
-28% $18⁶⁹
Limited time deal
Typical price $25.99
Get it as soon as **Tuesday, May 6**
FREE Shipping on orders over $35 shipped by Amazon
25% Claimed

**Dokotoo Women's Casual Short Sleeve Loose Tunic Tops Lightweight Knit Spring Pullover Sweate…**
★★★★☆ 470
-15% $21¹⁵
Limited time deal
Typical: $24.88
Get it as soon as **Tuesday, May 6**
FREE Shipping on orders over $35 shipped by Amazon

**Anker MagGo Matte Magnetic Phone Case for iPhone 15, Ultra-Slim,…**
★★★★½ 482
Amazon's Choice
-60% $7⁹⁹
Limited time deal
Typical: $19.99
Get it as soon as **Tuesday, May 6**
FREE Shipping on orders over $35 shipped by Amazon
🌱 1 sustainability feature ⌄

**Dokotoo Blouses for Women Dressy Casual V Neck Short Sleeve Shirts Oversized Embroidered…**
★★★★½ 33
-50% $14⁹⁹
Limited time deal
Typical: $29.99
Get it as soon as **Tuesday, May 6**
FREE Shipping on orders over $35 shipped by Amazon

## Deals on related products Sponsored ⓘ

Page 1 of 2













**Cooler Divider, YETI Tundra 35&45 Cooler Divider Cutting Board, Cutting Board and C…**
★★★☆☆ 2
Limited time deal
-50% $10⁹⁹
List: $21.99
✓prime
You pay $10.44 with coupon

**Odoland 30 Cans Small Cooler with 3 Ice Packs Portable Ice Chest Soft Coolers for B…**
★★★★½ 42
Limited time deal
-17% $25⁷²
Typical: $30.99
✓prime

**Camping Cooler Backpack 30 Cans, Soft Backpack Coolers Insulated Leak Proof…**
★★★★½ 2,039
Amazon's Choice
Limited time deal
-15% $16⁹⁹
Typical: $19.99
✓prime

**Maelstrom Soft Cooler Bag,Collapsible Soft Sided Cooler,24/30/60/75…**
★★★★½ 5,652
Limited time deal
-10% $38⁶⁸
List: $42.99
✓prime

**Maelstrom Backpack Cooler,36 Can Cooler Backpack,Soft Cooler Bag Insulated Leakproo…**
★★★★★ 95
Limited time deal
-15% $37³⁹
List: $43.99
✓prime

## From the brand



## Product Description

# ON LAND & WATER

## FLOATING COOLER & DRY STORAGE VESSEL

- ☑ Designed for easy one-handed use, in the water.
- ☑ Up to 60 hours of keeping cold.
- ☑ 32 QT. capacity
- ☑ Amphibious cooler

5/1/25, 1:48 PM Amazon.com: Cooler Cruiser Floating Cooler – 32 Qt. up to 60 Hours Amphibious Ice Chest – Kayak Camping Coolers for Lake, Riv…

Case 8:25-cv-02509 Document 1-6 Filed 11/07/25 Page 6 of 14 Page ID#:121



Case 8:25-cv-02509    Document 1-6    Filed 11/07/25    Page 7 of 14    Page ID #:122



CRUISER OF THE AMPHIBIOUS VESSEL

## Product information

### Technical Details

| | |
|---|---|
| Brand | cooler cruiser |
| Color | Navy Blue |
| Material | High Density Polyethylene (HDPE) |
| Package Information | Box |
| Capacity | 32 Quarts |
| Product Dimensions | 34"D x 11"W x 21"H |
| Special Feature | Amphibious, 4 Cup Holders, Towable, Floating, Dual Walled Insulation |
| Included Components | 32QT Cruiser Cooler Floating Dry Storage Vessel, 6 ft Tow Strap with Carabiner |
| Recommended Uses For Product | Camping, Fishing, Boating, Kayaking, Rafting, Beach, Pool, Lake, River, SUP |
| Model Name | Amphibious Floating Cooler |
| Insulation Material | Polyurethane Foam |
| Chamber Depth | 34 Inches |
| UPC | 792671910039 |
| Manufacturer | cooler cruiser |
| Item Package Dimensions L x W x H | 35 x 22 x 12 inches |
| Package Weight | 10.8 Kilograms |
| Item Dimensions LxWxH | 34 x 11 x 21 inches |
| Brand Name | cooler cruiser |
| Warranty Description | No Returns Only Refunds |

### Additional Information

| | |
|---|---|
| ASIN | B0D5YM3FLK |
| Customer Reviews | 4.5 ★★★★☆ ⌄ (29)<br>4.5 out of 5 stars |
| Best Sellers Rank | #20,661 in Sports & Outdoors (See Top 100 in Sports & Outdoors)<br>#154 in Camping Coolers |
| Date First Available | June 3, 2024 |

### Feedback

Would you like to **tell us about a lower price?** ⌄



| Suggested Users | unisex-adult |
| --- | --- |
| Part Number | CC-MA-01 |
| Sport Type | Water Sports |
| Hand Orientation | Ambidextrous |

## Videos

### Videos for this product



**1:01**
Customer Review: Heavy duty and multi purpose
Vine Customer



**2:07**
The floating cooler must have
Rita's Fashion & Fabulous Finds



**1:25**
Cooler Cruiser Floating Cooler- 32QT
Cooler Cruiser Official



Upload your video

## Products related to this item   Sponsored ⓘ

Page 1 of 58



CUDDY Floating Cooler and Dry Storage Vessel for Land & Water – 40QT– Great for Riv...
★★★★☆ 288
$249⁹⁹
✔prime



CUDDY Crawler Cooler with Wheels – 40 QT Amphibious Floating Cooler and Dry Storage...
★★★★☆ 104
Amazon's Choice
$299⁹⁹
✔prime



VEVOR Drop in Ice Chest, Stainless Steel Drop in Cooler, Commercial Ice Bin with Po...
$209⁹⁹



YETI Tundra Seadek for Tundra Coolers
★★★★☆ 178
$70⁰⁰

Hydration Station Float and Big Bobber Floating Cooler Bundle, Durable Inner Tube w...
$79⁹⁹
✔prime

## Similar brands on Amazon

Page 1 of 2

Sponsored ⓘ



ICEMULE Pro Collapsible Backpack Cooler – Hands Free, 100% Waterproo...
4.7 ★★★★☆ 1,155
$134.95



Cooler Shock Reusable Ice Packs for Cooler - Long Lasting Cold Freezer Pac...
4.6 ★★★★☆ 28,033
$26.99 List: $29.99



💡 **Looking for specific info?**

5/1/25, 1:48 PM

Amazon.com: Cooler Cruiser Floating Cooler – 32 Qt, up to 60 Hours Amphibious Ice Chest - Kayak Camping Coolers for Lake, Riv…

Case 8:25-cv-02509   Document 1-6   Filed 11/07/25   Page 9 of 14   Page ID#:124

Ask Rufus or search reviews and Q&A

Can its lid be opened single handedly? | How long does it keep contents cold for? | Does it float when placed in water?

Are cup holders provided for drinks? | Is it suitable for use while kayaking?

## Customer reviews

 4.5 out of 5

29 global ratings

| | | |
|---|---|---|
| 5 star | | 65% |
| 4 star | | 21% |
| 3 star | | 14% |
| 2 star | | 0% |
| 1 star | | 0% |

How customer reviews and ratings work ⌄

## Review this product

Share your thoughts with other customers

Write a customer review

## Customers say

Customers find the cooler well-made and appreciate its ice retention capabilities, with several noting it kept ice all day while in the pool.

AI-generated from the text of customer reviews

**Select to learn more**

✓ Quality | ✓ Ice retention

### Reviews with images

See all photos ›

   

## Top reviews from the United States

**Brad Schoen**

★★★★★ **Useful!!**

Reviewed in the United States on April 14, 2025

Color: Navy Blue | **Verified Purchase**

Received it and can't wait to use it for all our lake needs! We love to hang out, kayak or pedal boat and it's perfect to have behind us! It can hold all kinds of snacks and drinks without worrying about freezing. Great design and quality!

Helpful | Report

**amy moore**

★★★★☆ **Quality**

Reviewed in the United States on April 18, 2025

Color: Navy Blue | **Verified Purchase**

I haven't technically used this for what I wanted it for which is tubing down the river because it's too cold so I cannot say anything about how well it holds ice or for how long but I can tell you it seems to be of good quality, heavy duty. Looking forward to using it soon Love the fact that you have a peekaboo door to get drinks in and out of without having to open the whole top.

Helpful | Report

**James R Russell**

★★★★★ **Just as good as higher priced ones**

Reviewed in the United States on April 13, 2025

Color: Navy Blue | **Verified Purchase**

The smaller door is the bomb! Easy to get a "beverage" out without worrying about it tipping over. Kept ice all day while in pool and still had ice in this morning. Of course the temp of the pool was 72 degrees and it was 90 degrees outside. If you need a floating ice chest, this is it!

Helpful | Report

**Kristy Arney**

★★★☆☆ **Not Leak Proof**

Reviewed in the United States on April 1, 2025

Color: Navy Blue

Case 8:25-cv-02509   Document 1-6   Filed 11/07/25   Page 10 of 14   Page ID #:125

I would like to give an update about the customer service. After giving my review the support team did reach out to me. They were very concerned & helpful. I still stand by my review on the cooler itself but once being able to speak with customer service, they did what they could. Due to engineering issues the cooler is not going to be a good dry but they did specify that the new design they are coming out with should take care of that.

I cannot rate regarding the ice retention due to we have not used it as an ice chest yet however the manual specifies that the cooler can be used as a dry box as well but in my case this is inaccurate. My husband had it in the back of his truck and after it rained a good amount of water was inside of it. I have reached out over a week ago to support@coolercruiser.net as stated in the manual with no response from the support team.

Helpful     |     Report

 Vicky

★★★★★  **perfect cooler**

Reviewed in the United States on March 18, 2025

Color: Navy Blue   |   **Verified Purchase**

This cooler is very durable. Seems to be high quality materials/ Has plenty of room. It has retained ice overnight Great value.

Helpful     |     Report

 Curtis

★★★★★  **Party Cooler!**

Reviewed in the United States on February 26, 2025

Color: Navy Blue   |   **Amazon Vine Customer Review of Free Product**  ( What's this? )

This is an excellent party cooler for a day on the river or lake. It holds all the bevvies you want as well as lunch or fish if you want to use it that way. It floats well even when full and the bottom of it is hull shaped so that you can tow it behind a kayak or paddle board without it being an absolute drag. The top access hatch is a nice functional feature so you don't have to open up the whole thing and risk losing your goods on the water if it's a little wavy. The shell is a durable rotomold plastic, like big name brands use, and is well done, no unsightly seams or burrs. Everyone likes it!

One person found this helpful

Helpful     |     Report

 Michael Centers

★★★★☆  **Well made**

Reviewed in the United States on April 9, 2025

Color: Navy Blue   |   **Verified Purchase**

Very well made. It is a little heavy, even when empty.

Helpful     |     Report

 Blake D.

★★★★★  **Very unique and highly functional design perfect for the water, but really only in the water...**

Reviewed in the United States on January 4, 2025

Color: Navy Blue   |   **Amazon Vine Customer Review of Free Product**  ( What's this? )

 This cooler was clearly designed for being in the water because it doesn't have wheels or anything and I will say that it is pretty heavy given how much storage space it actually has. I know this may sound like a criticism, but it is more of a FYI because I don't think any wheeled coolers could do what this can. I would absolutely recommend this for kayakers, or in my case to keep on the boat for when you just want to chill and float in the water without having to get on and off the boat for a fresh drink.

All of that said, I'm just going to recommend that you watch my video and decide for yourself, but I personally really like it and would highly recommend it for boat owners or river rats alike!

2 people found this helpful

Helpful     |     Report



Case 8:25-cv-02509 Document 1-6 Filed 11/07/25 Page 11 of 14 Page ID #:126

See more reviews ›

## Top reviews from other countries

 Linda W.

★★★★★ **Floating cooler**

Reviewed in Canada on March 12, 2025

Color: Navy Blue | **Amazon Vine Customer Review of Free Product** ( What's this? )

This Cooler Cruiser floating cooler is just fantastic. My brothers, their families and I often take mini weekend vacations to lakes. I ordered it very late in the season (October) so I haven't had a chance to test it out in the water yet but this cooler will be wonderful to have anchored next to the floating dock where the kids can have easy access to it. It will also be very useful should we decide to go out in a rowboat to tow along rather than taking up valuable space inside the boat.

The cooler holds quite a bit with a 32-quart capacity and keeps everything well chilled. It has handles at either end as well as a 6' tow line with carabiners. There are two strong latches in the front that keep the unit well sealed but there is a lid on the top which opens easily to allow you access without needing to unlatch everything.

I found use for this cooler this winter when the power went out several times for almost 24 hours each time. I was able to take ice that I had in my freezer, fill the cooler and then place items from the refrigerator in it. It kept everything well chilled and performed much better than the regular coolers that

⌄ Read more

Report

 FHP

★★★★★ **Absolutely Solid - great construction**

Reviewed in Canada on January 8, 2025

Color: Navy Blue | **Amazon Vine Customer Review of Free Product** ( What's this? )

As arrived, box is professional and descriptive – great as a gift

Out of the box, the cooler is solid with thick plastic throughout and thick bungee handles with rubber grips. Additionally, included inside, is a carrying strap with two non-locking carabiners for towing behind a float, canoe or kayak.

Looking at the outside – you have a nice two-tone grey colour with 4 upper cup holders and 2 lid options. First, the smaller (quick access) lid lifts up with no lock but has a rubber seal surrounding and secure fit to protect from leaking – in or out. The larger lid opens with two rubber t-handles with stoppers (to prop open and air out) and also a rubber seal surround. Hinges are protected beneath thick plastic and there are straps mounted within to prevent over-extension

Inside, the center of the base is just enough to fit a tall can standing up, with standard can sizes being no issue. Laying down, however, it can easily accommodate everything from cans to bottles, to even larger

⌄ Read more

Report

 Loot Goblin

★★★★★ **This thing is a behemoth. Suitable for land or water use. Plenty of space & bonus cup holders.**

Reviewed in Canada on November 9, 2024

Color: Navy Blue | **Amazon Vine Customer Review of Free Product** ( What's this? )

This behemoth is a pretty solid addition to the road trip kit. Great to toss in the back of the wagon and fill it with all of the things. Keeps the beverages & eats for long enough to enjoy the day. Large capacity. Added cup holders are nice too. It's easy enough to use and fairly straight forward in it's design. Some features for easy carrying & towing. If I were to change anything I'd have shaved off some of the excess plastic as it feels like it could have maintained capacity but been a little less unwieldly with a little bit more of an efficient design. Large capacity is fantastic, but the bulk does eat into storage space and carry comfort. This things a beast though, and more than adequate for our needs.

Likes:
- Massive.
- Large storage capacity.
- Helps keep the beverages/foods for long enough to enjoy the whole day.
- Easy to use.
- Good for both water & land use. A nice road trip addition.

⌄ Read more



Case 8:25-cv-02509   Document 1-6   Filed 11/07/25   Page 12 of 14   Page ID #:127

Report

 Steve J

★★★★★ **Awesome Multi Use Floating Cooler**

Reviewed in Canada on October 15, 2024

Color: Navy Blue | **Amazon Vine Customer Review of Free Product** ( What's this? )

This Cooler Cruiser Floating Cooler is an awesome way to make sure you have plenty of drinks with you while you're out on the river tubing or kayaking.

It's made from High Density Polyethylene (HDPE) and uses Polyurethane Foam for insulation, so it can keep drinks cold for up to 72 hours. It has a storage capacity of 32 quarts and can hold 25 of your favorite canned beverages along with 18 lbs. of ice. There are two large carry handles attached to the cooler so it's easy to carry, and the top has 4 built in cup holders that are large enough to cans with insulators on them.

The lid has a double opening design with a smaller "Aquaswift Lid" that can be opened with one hand for access to drinks while on the water, and a larger lid that's used for filling and emptying the cooler or for when you're not using it on the water. The larger lid uses 2 heavy duty rubber T-Latches to keep it closed so it won't open accidentally. Both lids have rubber gaskets around the perimeter and tethers so they won't swing open too far and tip the cooler over.

⌄ Read more

Report

 ~J

★★★★★ **This things wicked!**

Reviewed in Canada on November 2, 2024

Color: Navy Blue | **Amazon Vine Customer Review of Free Product** ( What's this? )

I love this cooler. Really robust cooler that floats as well. Im not sure if I will use it to tow behind the kayak or paddle board, but it can if you want it to.

Floating aside, the cooler is definitely not a cheaply built cooler. It's a purpose built cooler and does what it was intended to do really well. Similar to a yeti in performance and quality.

Would absolutely recommend to anyone looking to keep their food/drinks cold. Ive been asked about it by multiple people and love sharing.
Easy 5/5.

As always, I will update my review in the future if my opinion on the product changes.
~j



Report

See more reviews ›

**Based on your recent views** Sponsored ⓘ                                                Page 1 of 58











CUDDY Crawler Cooler with Wheels – 40 QT Amphibious Floating Cooler and Dry Storage…
★★★★☆ 104
$299⁹⁹
✔prime

Hydration Station Float and Big Bobber Floating Cooler Bundle, Durable Inner Tube w…
$79⁹⁹
✔prime

Insulated Dry Bag Floating Cooler – 10L / 15L / 25L Roll Top, Leak Proof, Waterproo…
★★★★☆ 263
$37⁹⁹
✔prime

SHITI Coolers Soft Side Backpack Cooler for Partying at The Beach, Pool, Tailgate, …
★★★★☆ 13
$149⁹⁹
✔prime

YETI Roadie 48 & 60 Wheeled Cooler Cup Caddy
★★★★☆ 73
$40⁰⁰





5/1/25, 1:48 PM    Amazon.com: Cooler Cruiser Floating Cooler – 32 Qt. Up to 60 Hours Amphibious Ice Chest - Kayak Camping Coolers for Lake, Riv…

Case 8:25-cv-02509 Document 1-6 Filed 11/07/25 Page 13 of 14 Page ID #:128

## Best Sellers in Patio Furniture & Accessories

    

**Blissun 9' Outdoor Patio Umbrella, Outdoor Table Umbrella, Yard Umbrella, Market Umbrella with 8…**
★★★★☆ 35,502
**#1 Best Seller** in Patio Umbrellas
$**47**⁹⁹
Get it as soon as **Tuesday, May 6**
FREE Shipping by Amazon

**ZAZE Extra Large Picnic Outdoor Blanket, 80"x80" Waterproof Foldable…**
★★★★☆ 4,321
**#1 Best Seller** in Picnic Blankets
-23% $**29**⁹⁸
Limited time deal
List: $38.99
Get it as soon as **Tuesday, May 6**
FREE Shipping on orders over $35 shipped by Amazon
⊘ 1 sustainability feature ⌄

**Titan Deep Freeze Cooler Zipperless Hardbody Cooler - Deep Freeze Insulation, HardBody…**
★★★★☆ 51,698
**#1 Best Seller** in Camping Coolers
$**42**⁹⁹
Get it as soon as **Tuesday, May 6**
FREE Shipping by Amazon

**US Weight 40 Pound Canopy Weight Set of 4 and Carry Strap with No-Pinch Design - Easy…**
★★★★☆ 8,039
**#1 Best Seller** in Canopy, Gazebo & Pergola Accessories
-23% $**34**⁵⁷
List: $44.99
Get it as soon as **Tuesday, May 6**
FREE Shipping on orders over $35 shipped by Amazon

**CROWN SHADES 10x10 Pop Up Canopy - Beach Tent with One Push Setup - Easy Outdoor S…**
★★★★☆ 10,823
**#1 Best Seller** in Outdoor Canopies
-7% $**129**⁹⁹
Typical price: $139.99
Get it **May 6 - 8**
FREE Shipping

**EAST O Storage Deck B Outdoo…**
★★★
**#1 Best** Boxes
-22%
List: $45
Get it as May 6
FREE Sh

## Customers who viewed items in your browsing history also viewed

     

**Yohood Pool Basketball Hoop or Pool Volleyball Net, 2 in 1 Pool Toys, Pool Accessories, and Pool Games for Ingroun…**
★★★★☆ 116
$**99**⁹⁹
Get it as soon as **Friday, May 9**
FREE Shipping by Amazon

**YIFUHH Pool Basketball Hoop, Poolside Basketball Hoop for Swimming Pool, Pool Accessories for Inground Pools,…**
★★★☆☆ 51
-20% $**39**⁹⁹
List: $49.99
Get it as soon as **Tuesday, May 6**
FREE Shipping by Amazon
Only 12 left in stock - order…

**NIPLOOOW Swimming Pool Basketball Hoop, Adjustable Height Toddler Basketball Hoop, Includes 4 Balls and…**
★★★★★ 29
$**42**⁹⁹
Get it as soon as **Tuesday, May 6**
FREE Shipping by Amazon

**Sloosh Pool Basketball Hoop Set, Floating Basketball Pool Game, Swimming Floats Toys with Balls Pump, Summ…**
★★★★☆ 222
$**35**⁹⁹
Get it as soon as **Tuesday, May 6**
FREE Shipping by Amazon

**HYES Pool Basketball Hoop Poolside, Floating Pool Toys with 4 Basketballs/4 Water Balloons/Pump,…**
★★★★☆ 88
$**29**⁹⁹
Get it as soon as **Tuesday, May 6**
FREE Shipping on orders over $35 shipped by Amazon
⊘ 3 sustainability features ⌄

**VROGT Hoop v Floatin Kids, In Outdoo…**
★★★
$**39**⁹⁹
Get it as May 6
FREE Sh

## Your Browsing History   View or edit your browsing history

     

Back to top

## Get to Know Us

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

## Make Money with Us

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

## Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

## Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help

English    United States

**Amazon Music**
Stream millions of songs

**Amazon Ads**
Reach customers wherever they spend their time

**6pm**
Score deals on fashion brands

**AbeBooks**
Books, art & collectibles

**ACX**
Audiobook Publishing Made Easy

**Sell on Amazon**
Start a Selling Account

**Veeqo**
Shipping Software Inventory Management

**Amazon Business**
Everything For Your Business

**Amazon Fresh**
Groceries & More Right To Your Door

**AmazonGlobal**
Ship Orders Internationally

**Home Services**
Experienced Pros Happiness Guarantee

**Amazon Web Services**
Scalable Cloud Computing Services

**Audible**
Listen to Books & Original Audio Performances

**Box Office Mojo**
Find Movie Box Office Data

**Goodreads**
Book reviews & recommendations

**IMDb**
Movies, TV & Celebrities

**IMDbPro**
Get Info Entertainment Professionals Need

**Kindle Direct Publishing**
Indie Digital & Print Publishing Made Easy

**Amazon Photos**
Unlimited Photo Storage Free With Prime

**Prime Video Direct**
Video Distribution Made Easy

**Shopbop**
Designer Fashion Brands

**Amazon Resale**
Great Deals on Quality Used Products

**Whole Foods Market**
America's Healthiest Grocery Store

**Woot!**
Deals and Shenanigans

**Zappos**
Shoes & Clothing

**Ring**
Smart Home Security Systems

**eero WiFi**
Stream 4K Video in Every Room

**Blink**
Smart Security for Every Home

**Neighbors App**
Real-Time Crime & Safety Alerts

**Amazon Subscription Boxes**
Top subscription boxes – right to your door

**PillPack**
Pharmacy Simplified

**Amazon Renewed**
Like-new products you can trust

**Amazon Luna**
Video games from the cloud, no console required

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates