# Exhibit E

Case 8:25-cv-02500    Document 1-7    Filed 11/07/25    Page 2 of 11    Page ID#:131



5/1/25, 2:29 PM                    Amazon.com: Cooler Cruiser Floating Cooler – 32 Qt, up to 60 Hours Amphibious Ice Chest - Kayak Camping Coolers for Lake, Riv…

Case 8:25-cv-02509   Document 1-7   Filed 11/07/25   Page 3 of 11   Page ID#:132

       

**48 QT Ice Chest Cooler, Large Picnic Basket with Handles,cans Cooler,Easy for Camping/Travel/Beach/Kayak/car**
$45$^{97}$
FREE Shipping

**TOPDZHSHI 28 Quart Classic Ice Chest Cooler,Hard Chest Box with Handles,Portable Coolers, for Beach,Drink,Beverage,…**
★★★★★ 1
$36$^{80}$
FREE Shipping

**WEIZE 24 can Soft Cooler,Insulated Lunch Bag,Floating Cooler Leak-Proof with Zipper,Portable Ice Che…**
★★★★★ 1
-30% $69$^{99}$
List: $99.99
Get it May 6 - 8
FREE Shipping

**Pool Cooler with 2 Ice Pack – 22L Extra-Large Insulated Hanging Cooler for Above-Ground Pools, Fits Intex Bestway etc,…**
★★★★★ 5
-30% $119$^{00}$
List Price: $169.00
Get it as soon as Tuesday, May 6
FREE Shipping by Amazon

**Silvonte Pool Cooler for Above Ground Pools, Insulated Poolside Cooler with Handle, Keeps Ice for 1-3 Days, Portable…**
★★★★★ 6
$54$^{99}$ ($0.98/oz)
Get it as soon as Tuesday, May 6
FREE Shipping by Amazon

**Pool Cooler, 13L Insulated Cooler Hard Cooler with Ice Crystal Box, Poolside Cooler Keeps Ice for up to 72…**
★★★★☆ 16
-14% $59$^{99}$
Typical: $69.99
Get it as soon as Tuesday, May 6
FREE Shipping by Amazon

**Pool Cooler,  Small Coolers Hard Shell for Above Ground Pools Accessories,Portable Ice Chest Poolside Coolers…**
★★★★★ 9
$55$^{99}$
Get it as soon as Tuesday, May 6
FREE Shipping by Amazon

## Top rated similar items

Page 1 of 3

      

**Lifetime 90820 55 Quart High Performance Cooler, Grey**
★★★★☆ 1,289
Amazon's Choice
-15% $160$^{50}$
List: $189.00
Get it May 8 - 9
FREE Shipping
Only 4 left in stock - order…

**ROCKBROS Soft Cooler Insulated Leak Proof Cooler Bag Portable 36 Can Large Soft Sided Coolers Waterproof…**
★★★★☆ 497
$125$^{99}$
Get it as soon as Tuesday, May 6
FREE Shipping by Amazon

**CreekKooler Floating Cooler, Tow on Rivers and Lakes with Canoe or Kayak, 30 Quart**
★★★★☆ 1,171
-9% $162$^{99}$ ($0.15/oz)
List: $179.99
FREE Shipping
Only 4 left in stock - order…

**ROCKBROS Backpack Cooler Bag Insulated Leak-Proof Soft Cooler Waterproof 30 Can Portable Large Backpac…**
★★★★☆ 275
$129$^{99}$
Get it as soon as Tuesday, May 6
FREE Shipping by Amazon

**CreekKooler PuP Floating Cooler, Tow on Rivers and Lakes, 15 Quart**
★★★★☆ 690
$119$^{99}$
FREE Shipping
Only 10 left in stock - order…

**Insulated Backpack Cooler Holds 24 or 35 Cans for 72 Hours - Perfect Lunch or Drink Bag for Camping, Hikin…**
★★★★☆ 450
$190$^{08}$
Get it as soon as Tuesday, May 13

**Xspec 60 Qt XL Roto Molded High Performance Camping Cooler Ice Chest | Extra Large Pro Tough Durable Outdoor Overland…**
★★★★☆ 380
$219$^{95}$
FREE Shipping

## From the brand



## Product Description

5/1/25, 2:29 PM
Amazon.com: Cooler Cruiser Floating Cooler – 32 Qt, up to 60 Hours Amphibious Ice Chest - Kayak Camping Coolers for Lake, Riv…

Case 8:25-cv-02509   Document 1-7   Filed 11/07/25   Page 4 of 11   Page ID#:133



# ON LAND & WATER

## FLOATING COOLER & DRY STORAGE VESSEL

- ☑ Designed for easy one-handed use, in the water.
- ☑ Up to 60 hours of keeping cold.
- ☑ 32 QT. capacity
- ☑ Amphibious cooler

5/1/25, 2:29 PM Amazon.com: Cooler Cruiser Floating Cooler – 32 Qt. up to 60 Hours Amphibious Ice Chest - Kayak Camping Coolers for Lake, Riv…

Case 8:25-cv-02509 Document 1-7 Filed 11/07/25 Page 5 of 11 Page ID#:134



Case 8:25-cv-02509    Document 1-7    Filed 11/07/25    Page 6 of 11    Page ID#:135



## CRUISER OF THE AMPHIBIOUS VESSEL

POOL

## Product information

### Technical Details

| | |
|---|---|
| Brand | cooler cruiser |
| Color | White |
| Material | High Density Polyethylene (HDPE) |
| Package Information | Box |
| Capacity | 32 Quarts |
| Special Feature | Amphibious, 4 Cup Holders, Towable, Floating, Dual Walled Insulation |
| Included Components | 32QT Cruiser Cooler Floating Dry Storage Vessel, 6 ft Tow Strap with Carabiner |
| Model Name | Amphibious Floating Cooler |
| Insulation Material | Polyurethane Foam |
| UPC | 792671910152 |
| Manufacturer | cooler cruiser |
| Item Package Dimensions L x W x H | 34 x 21 x 11 inches |
| Package Weight | 33 Pounds |
| Brand Name | cooler cruiser |
| Warranty Description | No Returns Only Refunds |
| Suggested Users | unisex-adult |
| Part Number | CC-MA-01 |
| Sport Type | Water Sports |
| Hand Orientation | Ambidextrous |

### Additional Information

| | |
|---|---|
| ASIN | B0F3BTJNLP |
| Customer Reviews | 4.5 ★★★★★ (29) 4.5 out of 5 stars |
| Best Sellers Rank | #18,655 in Sports & Outdoors (See Top 100 in Sports & Outdoors) #535 in Camp Kitchen Equipment |
| Date First Available | April 2, 2025 |

### Feedback

Would you like to tell us about a lower price? ⌄

## Videos

### Videos for this product



**Cooler Cruiser Floating Cooler- 32QT**
Cooler Cruiser Official
1:25

( Upload your video )

**Products related to this item** Sponsored ⓘ

Page 1 of 46

Case 8:25-cv-02509   Document 1-7   Filed 11/07/25   Page 7 of 11   Page ID#:136









Floating Table for Pool Game with Waterproof Playing Cards, Inflatable Pool Party T...
★★★★★ 3
-18% $35⁹⁹
List: $43.99
✓prime

Large Inflatable Dog Water Ramp - Safe and Easy Access for Dogs up to 165 lbs - Flo...
★★★★★ 11
$154⁹⁹
✓prime

SUP Deck Bag & Cooler, Universal Paddle Board & Kayak Cooler, Stainless Steel Rings...
★★★★★ 10
$24⁹⁹
✓prime

Buffalo Gear Kayak Fishing Cooler,36in Portable Kayak Cooler for Caught Fish,Leak P...
★★★★★ 8
$158⁹⁹
✓prime

RTIC Ultra-Light 32 Quart Hard Cooler Insulated Portable Ice Chest Box for Drink, B...
★★★★☆ 513
$159⁹⁹

36 Quart Hard Chest Cooler for Outdoor Camping,Barbecue,Picnic ,Beach Ice Drink,Fish...
$169⁹⁹
✓prime

36 Quart Hard Chest Cooler with Easy Fastener Design,Insulated…
$169⁹⁹
✓prime

## Looking for specific info?

Ask Rufus or search reviews and Q&A →

Can its lid be opened single handedly?    How long does it keep contents cold for?    Does it float when placed in water?

Are cup holders provided for drinks?    Is it suitable for use on water?

## Customer reviews

★★★★½ 4.5 out of 5

29 global ratings

| | | |
|---|---|---|
| 5 star | ▬▬▬▬ | 65% |
| 4 star | ▬ | 21% |
| 3 star | ▬ | 14% |
| 2 star | | 0% |
| 1 star | | 0% |

How customer reviews and ratings work ⌄

## Review this product

Share your thoughts with other customers

Write a customer review

## Customers say ai

Customers find the cooler well-made and appreciate its ice retention capabilities, with several noting it kept ice all day while in the pool.
AI-generated from the text of customer reviews

Select to learn more

✓ Quality  |  ✓ Ice retention

### Reviews with images

See all photos ›








## Top reviews from the United States

**Brad Schoen**

★★★★★ **Useful!!**

Reviewed in the United States on April 14, 2025

Color: Navy Blue  |  Verified Purchase

Received it and can't wait to use it for all our lake needs! We love to hang out, kayak or pedal boat and it's perfect to have behind us! It can hold all kinds of snacks and drinks without worrying about freezing. Great design and quality!

Helpful  |  Report

**amy moore**

★★★★☆ **Quality**

Reviewed in the United States on April 18, 2025

Color: Navy Blue  |  Verified Purchase

I haven't technically used this for what I wanted it for which is tubing down the river because it's too cold so I cannot say anything about how well it holds ice or for how long but I can tell you it seems to be of good quality, heavy duty. Looking forward to using it soon Love the fact that you have a peekaboo door to get drinks in and out of without having to open the whole top.

Helpful  |  Report

**James R Russell**

★★★★★ **Just as good as higher priced ones**

Reviewed in the United States on April 13, 2025

Color: Navy Blue  |  Verified Purchase

The smaller door is the bomb! Easy to get a "beverage" out without worrying about it tipping over. Kept ice all day while in pool and still had ice in this morning. Of course the temp of the pool was 72 degrees and it was 90 degrees outside. If you need a floating ice chest, this is it!

Helpful  |  Report

**Kristy Arney**

★★★☆☆ **Not Leak Proof**

Reviewed in the United States on April 1, 2025

Color: Navy Blue

I would like to give an update about the customer service. After giving my review the support team did reach out to me. They were very concerned & helpful. I still stand by my review on the cooler itself but once being able to speak with customer service, they did what they could. Due to engineering issues the cooler is not going to be a good dry but they did specify that the new design they are coming out with should take care of that.

5/1/25, 2:29 PM
Amazon.com: Cooler Cruiser Floating Cooler – 32 Qt, Up to 60 Hours Amphibious Ice Chest – Kayak Camping Coolers for Lake, Riv…

Case 8:25-cv-02500   Document 1-7   Filed 11/07/25   Page 8 of 11   Page ID#:137

I cannot rate regarding the ice retention due to we have not used it as an ice chest yet however the manual specifies that the cooler can be used as a dry box as well but in my case this is inaccurate. My husband had it in the back of his truck and after it rained a good amount of water was inside of it. I have reached out over a week ago to support@coolercruiser.net as stated in the manual with no response from the support team.

Helpful | Report

Vicky

★★★★★ perfect cooler
Reviewed in the United States on March 18, 2025
Color: Navy Blue | Verified Purchase

This cooler is very durable. Seems to be high quality materials/ Has plenty of room. It has retained ice overnight Great value.

Helpful | Report

Curtis

★★★★★ Party Cooler!
Reviewed in the United States on February 26, 2025
Color: Navy Blue | Amazon Vine Customer Review of Free Product ( What's this? )

This is an excellent party cooler for a day on the river or lake. It holds all the bevvies you want as well as lunch or fish if you want to use it that way. It floats well even when full and the bottom of it is hull shaped so that you can tow it behind a kayak or paddle board without it being an absolute drag. The top access hatch is a nice functional feature so you don't have to open up the whole thing and risk losing your goods on the water if it's a little wavy. The shell is a durable rotomold plastic, like big name brands use, and is well done, no unsightly seams or burrs. Everyone likes it!

One person found this helpful

Helpful | Report

Michael Centers

★★★★☆ Well made
Reviewed in the United States on April 9, 2025
Color: Navy Blue | Verified Purchase

Very well made. It is a little heavy, even when empty.

Helpful | Report

Blake D.

★★★★★ Very unique and highly functional design perfect for the water, but really only in the water...
Reviewed in the United States on January 4, 2025
Color: Navy Blue | Amazon Vine Customer Review of Free Product ( What's this? )

 This cooler was clearly designed for being in the water because it doesn't have wheels or anything and I will say that it is pretty heavy given how much storage space it actually has. I know this may sound like a criticism, but it is more of a FYI because I don't think any wheeled coolers could do what this can. I would absolutely recommend this for kayakers, or in my case to keep on the boat for when you just want to chill and float in the water without having to get on and off the boat for a fresh drink.

All of that said, I'm just going to recommend that you watch my video and decide for yourself, but I personally really like it and would highly recommend it for boat owners or river rats alike!

2 people found this helpful

Helpful | Report

See more reviews ›

## Top reviews from other countries

Linda W.

★★★★★ Floating cooler
Reviewed in Canada on March 12, 2025
Color: Navy Blue | Amazon Vine Customer Review of Free Product ( What's this? )

This Cooler Cruiser floating cooler is just fantastic. My brothers, their families and I often take mini weekend vacations to lakes. I ordered it very late in the season (October) so I haven't had a chance to test it out in the water yet but this cooler will be wonderful to have anchored next to the floating dock where the kids can have easy access to it. It will also be very useful should we decide to go out in a rowboat to tow along rather than taking up valuable space inside the boat.

The cooler holds quite a bit with a 32-quart capacity and keeps everything well chilled. It has handles at either end as well as a 6' tow line with carabiners. There are two strong latches in the front that keep the unit well sealed but there is a lid on the top which opens easily to allow you access without needing to unlatch everything.

I found use for this cooler this winter when the power went out several times for almost 24 hours each time. I was able to take ice that I had in my freezer, fill the cooler and then place items from the refrigerator in it. It kept everything well chilled and performed much better than the regular coolers that
⌄ Read more

Report

Case 8:25-cv-02500   Document 1-7   Filed 11/07/25   Page 9 of 11   Page ID#:138

  FHP

⭐⭐⭐⭐⭐ **Absolutely Solid - great construction**

Reviewed in Canada on January 8, 2025

Color: Navy Blue  |  **Amazon Vine Customer Review of Free Product**  ( What's this? )

As arrived, box is professional and descriptive – great as a gift

Out of the box, the cooler is solid with thick plastic throughout and thick bungee handles with rubber grips. Additionally, included inside, is a carrying strap with two non-locking carabiners for towing behind a float, canoe or kayak.

Looking at the outside – you have a nice two-tone grey colour with 4 upper cup holders and 2 lid options. First, the smaller (quick access) lid lifts up with no lock but has a rubber seal surrounding and secure fit to protect from leaking – in or out. The larger lid opens with two rubber t-handles with stoppers (to prop open and air out) and also a rubber seal surround. Hinges are protected beneath thick plastic and there are straps mounted within to prevent over-extension

Inside, the center of the base is just enough to fit a tall can standing up, with standard can sizes being no issue. Laying down, however, it can easily accommodate everything from cans to bottles, to even larger

⌄ Read more

Report

  Loot Goblin

⭐⭐⭐⭐⭐ **This thing is a behemoth. Suitable for land or water use. Plenty of space & bonus cup holders.**

Reviewed in Canada on November 9, 2024

Color: Navy Blue  |  **Amazon Vine Customer Review of Free Product**  ( What's this? )

This behemoth is a pretty solid addition to the road trip kit. Great to toss in the back of the wagon and fill it with all of the things. Keeps the beverages & eats for long enough to enjoy the day. Large capacity. Added cup holders are nice too. It's easy enough to use and fairly straight forward in it's design. Some features for easy carrying & towing. If I were to change anything I'd have shaved off some of the excess plastic as it feels like it could have maintained capacity but been a little less unwieldly with a little bit more of an efficient design. Large capacity is fantastic, but the bulk does eat into storage space and carry comfort. This things a beast though, and more than adequate for our needs.

Likes:
- Massive.
- Large storage capacity.
- Helps keep the beverages/foods for long enough to enjoy the whole day.
- Easy to use.
- Good for both water & land use. A nice road trip addition.

⌄ Read more

Report

  Steve J

⭐⭐⭐⭐⭐ **Awesome Multi Use Floating Cooler**

Reviewed in Canada on October 15, 2024

Color: Navy Blue  |  **Amazon Vine Customer Review of Free Product**  ( What's this? )

This Cooler Cruiser Floating Cooler is an awesome way to make sure you have plenty of drinks with you while you're out on the river tubing or kayaking.

It's made from High Density Polyethylene (HDPE) and uses Polyurethane Foam for insulation, so it can keep drinks cold for up to 72 hours. It has a storage capacity of 32 quarts and can hold 25 of your favorite canned beverages along with 18 lbs. of ice. There are two large carry handles attached to the cooler so it's easy to carry, and the top has 4 built in cup holders that are large enough to cans with insulators on them.

The lid has a double opening design with a smaller "Aquaswift Lid" that can be opened with one hand for access to drinks while on the water, and a larger lid that's used for filling and emptying the cooler or for when you're not using it on the water. The larger lid uses 2 heavy duty rubber T-Latches to keep it closed so it won't open accidentally. Both lids have rubber gaskets around the perimeter and tethers so they won't swing open too far and tip the cooler over.

⌄ Read more

Report

  ~J

⭐⭐⭐⭐⭐ **This things wicked!**

Reviewed in Canada on November 2, 2024

Color: Navy Blue  |  **Amazon Vine Customer Review of Free Product**  ( What's this? )

I love this cooler. Really robust cooler that floats as well. Im not sure if I will use it to tow behind the kayak or paddle board, but it can if you want it to.

Floating aside, the cooler is definitely not a cheaply built cooler. It's a purpose built cooler and does what it was intended to do really well. Similar to a yeti in performance and quality.

Would absolutely recommend to anyone looking to keep their food/drinks cold. Ive been asked about it by multiple people and love sharing.
Easy 5/5.

As always, I will update my review in the future if my opinion on the product changes.
~j

Report

See more reviews ›

5/1/25, 2:29 PM    Amazon.com: Cooler Cruiser Floating Cooler – 32 Qt up to 80 Hours Amphibious Ice Chest - Kayak Camping Coolers for Lake, Riv…

Case 8:25-cv-02509   Document 1-7   Filed 11/07/25   Page 10 of 11   Page ID #:139

**Based on your recent views** Sponsored ⓘ



CUDDY Crawler Cooler with Wheels – 40 QT Amphibious Floating Cooler and Dry Storage…
★★★★½ 104
$299⁹⁹
✓prime



YETI Silo 6 Gallon Water Cooler
★★★★½ 210
[Amazon's Choice]
$300⁰⁰
✓prime



Hydration Station Float and Big Bobber Floating Cooler Bundle, Durable Inner Tube w…
$79⁹⁹
✓prime



YETI Roadie 48 & 60 Wheeled Cooler Cup Caddy
★★★★½ 73
$40⁰⁰



YETI Locking Bracket for Tundra Coolers
★★★★★ 177
$13⁰⁰



Insulated Dry Bag Floating Cooler – 10L / 15L / 25L Roll Top, Leak Proof, Waterproo…
★★★★½ 263
$37⁹⁹
✓prime



YETI Roadie 32 Wheeled Cooler
★★★★★ 155
$375⁰⁰
✓prime

---

### Best Sellers in Patio Furniture & Accessories



Blissun 9' Outdoor Patio Umbrella, Outdoor Table Umbrella, Yard Umbrella, Market Umbrella with 8…
★★★★½ 35,502
[#1 Best Seller] in Patio Umbrellas
$47⁹⁹
Get it as soon as **Tuesday, May 6**
FREE Shipping by Amazon



ZAZE Extra Large Picnic Outdoor Blanket, 80"x80" Waterproof Foldable…
★★★★½ 4,321
[#1 Best Seller] in Picnic Blankets
-23% $29⁹⁸
[Limited time deal]
List: $38.99
Get it as soon as **Tuesday, May 6**
FREE Shipping on orders over $35 shipped by Amazon
🌱 1 sustainability feature ⌄



Titan Deep Freeze Cooler Zipperless Hardbody Cooler - Deep Freeze Insulation, HardBody…
★★★★½ 51,698
[#1 Best Seller] in Camping Coolers
$42⁹⁹
Get it as soon as **Tuesday, May 6**
FREE Shipping by Amazon



US Weight 40 Pound Canopy Weight Set of 4 and Carry Strap with No-Pinch Design - Easy…
★★★★½ 8,039
[#1 Best Seller] in Canopy, Gazebo & Pergola Accessories
-23% $34⁵⁷
List: $44.99
Get it as soon as **Tuesday, May 6**
FREE Shipping on orders over $35 shipped by Amazon



CROWN SHADES 10x10 Pop Up Canopy - Beach Tent with One Push Setup - Easy Outdoor S…
★★★★½ 10,823
[#1 Best Seller] in Outdoor Canopies
-7% $129⁹⁹
Typical price: $139.99
Get it **May 6 - 8**
FREE Shipping



EAST OAK Outdoor Storage Box, 31 Gallon Deck Box Indoor and Outdoor Use, Waterpro…
★★★★½ 6,787
[#1 Best Seller] in Deck Boxes
-22% $35⁹⁹
List: $45.99
Get it as soon as **Tuesday, May 6**
FREE Shipping by Amazon



Best Choice Products of 2 Adjustable Steel Mesh Zero Gravity Lounge Chair Recliner w/Pillows and Cup Ho…
★★★★½ 63,300
[#1 Best Seller] in Recli Patio Chairs
-23% $99⁹⁹
($50.00/count)
List: $129.99
FREE Shipping

---

### Customers who viewed items in your browsing history also viewed



Yohood Pool Basketball Hoop or Pool Volleyball Net, 2 in 1 Pool Toys, Pool Accessories, and Pool Games for Ingroun…
★★★★½ 116
$99⁹⁹
Get it as soon as **Friday, May 9**
FREE Shipping by Amazon



YIFUHH Pool Basketball Hoop, Poolside Basketball Hoop for Swimming Pool, Pool Accessories for Inground Pools,…
★★★½ 51
-20% $39⁹⁹
List: $49.99
Get it as soon as **Tuesday, May 6**
FREE Shipping by Amazon
Only 12 left in stock - order…



NIPLOOOW Swimming Pool Basketball Hoop, Adjustable Height Toddler Basketball Hoop, Includes 4 Balls and…
★★★★★ 29
$42⁹⁹
Get it as soon as **Tuesday, May 6**
FREE Shipping by Amazon



Sloosh Pool Basketball Hoop Set, Floating Basketball Pool Game, Swimming Floats Toys with Balls Pump, Summ…
★★★★½ 222
$35⁹⁹
Get it as soon as **Tuesday, May 6**
FREE Shipping by Amazon



HYES Pool Basketball Hoop Poolside, Floating Pool Toys with 4 Basketballs/4 Water Balloons/Pump,…
★★★★½ 88
$29⁹⁹
Get it as soon as **Tuesday, May 6**
FREE Shipping on orders over $35 shipped by Amazon
🌱 3 sustainability features ⌄



VROGTIK Pool Basketball Hoop with Backboard, Floating Pool Toy for Kids, Inflatble Basketball Outdoor Toys with 4 Ba…
★★★★½ 9
$39⁹⁹
Get it as soon as **Tuesday, May 6**
FREE Shipping by Amazon



Pool Volleyball Set - Pool Volleyball Net for Inground Includes Upgraded Water…
★★★★★ 66
-41% $29⁷⁴
[Limited time deal]
List: $49.99
Get it as soon as **Tuesday May 6**
FREE Shipping on orders $35 shipped by Amazon

---

### Your Browsing History   View or edit your browsing history

            

---

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies



Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices
© 1996-2025, Amazon.com, Inc. or its affiliates