# Exhibit F

Case 8:25-cv-02509    Document 1-8    Filed 11/07/25    Page 2 of 10   Page ID #:142

# COOLER CRUISER

## *Amphibious* FLOATING COOLER
### & Dry Storage Vessel



Cooler's Manual

# FLOTINGPARTY

## COOLERCRUISER

The Cooler Cruiser represents a significant investment in research and development, aimed at delivering the world's most adaptable cooler and dry storage unit. Designed for both aquatic and terrestrial use, this product sets a new standard for convenience in recreational water sports. It combines the functionality of a contemporary cooler with the capability to operate effectively on water.

Thanks to its unsinkable design and hydrodynamic build, the Cooler Cruiser can be easily towed, tethered, or anchored in any aquatic setting. On land, it performs equally well as a conventional cooler, positioning it as the ultimate all-purpose cooling solution. We appreciate your continued support.

32 QT

# MARINE GRADE FEATURES





## AQUASWIFT™ LIDS
One hand is all you need to open lid in the water.



### 2X T-LATCHES
Enhances sealing effectiveness and is more convenient to use



**4X**

### 4X CUP HOLDERS
Crafted to accommodate standard-sized cozies and can insulators



## TEMPSTEADY™ TECH
48-72 hour ice ietention based on use and conditions



**25**  **18lBS**

### 32 QT. CAPACITY
(25 cans + 18lb ice)

### 6'TOW STRAP W/2 CARABINERS
Ideal for towing behind a kayak, tube, SUP, etc., or anchoring to a fixed point



**COOLER CRUISER**

# CRUISER OF THE AMPHIBIOUS VESSEL

# ON LAND & WATER



CAMPING / FISHING / BEACH

KAYAK / SUP / BOATING



POOL PARTY READY

Aquaswift™ Lid
One hand access for all
your food and drinks

# ICE RETENTION



The Cooler Cruiser keeps ice for up to 72 hours, varying with use and conditions.
For maximum ice-life:

**Close and latch the lids:**  This keeps the cold in and avoids ice melting from water entry.

**Pack it right:**  Use more ice for longer trips.

**Don't drain:**  Melted ice still keeps it cold.

**Chill first:**   Pre-cool with ice.

**Fill gaps:**  Surround everything with ice or towels.

Shade it. Keep it out of the sun.

---

**Suggestion:**

Use the Aquaswift™ Lid (the small lid)
to open the Cooler Cruiser.
**Especially on water, avoid the large lid.**
**Prevent tipping over**



SMALL LID

BIG LID

# USER TIPS





EASILY OPEN WITH CLOSED FIST GRIP



AVOID DIFFICULT TWO FINGER GRIP

## USING THE TOW STRAP



CLIP ONE CARABINER TO THE CUDDY HANDLE



ATTACH THE OTHER CARABINER TO A SECURE POINT ON YOUR KAYAK OR SUP



2 PERSON LIFT

LIFTING THE COOLER CRUISER



## USER INFO

| | | |
|---|---|---|
| SIZE | - - - - - - - - - - - - | 34" x 20.7" x 11" |
| DRYWEIGHT | - - - - - - - - - - - - | 25 lb |
| CAPACITY | - - - - - - - - - - - - | 32 Quart |



COOLER CRUISER

# MAINTENANCE TIPS

- Clean after use with mild soap and a damp cloth. Make sure it dries fully.
- Store dry and ventilated to prevent dust and ash when not in use.
- Check regularly for wear, particularly the seal.
- Avoid direct sunlight to prevent aging.
- Keep heavy objects off to avoid damage.
- It may arrive with a faint smell, which is normal and harmless. Please use soap and water to remove it.

- Don't drag the Cooler Cruiser on hard surfaces like concrete, asphalt, or bricks. It could damage the hull permanently.
- Check for damage before use. Water in any plastic cavity might sink the Cooler Cruiser.
- Open, clean, and dry it thoroughly before storing.

 **WARNINGS**

- Not a flotation or life-saving device.
- Adult supervision required.
- For intended use only.
- Do not stand or sit on the board.
- Dry and store when not in use.



**RISK OF CHILD ENTRAPMENT**

Kids could get trapped, suffocate in the cooler. Keep it away from them when not in use.

# WARRANTY INFORMATION

Any and all warranty claims must be submitted through the retail dealer of CoolerCruiser. LLC where the merchandise was initially purchased, accompanied by the original proof of purchase.

The applicability of this Warranty is subjected to the following terms, except as otherwise stipulated by law:

1. The warranty is exclusively valid for the original purchaser/user.

2. This warranty is conditional upon normal usage and does not cover any defects or damages arising from negligence, misuse, or abuse, including, but not limited to, improper maintenance, assembly, installation, cleaning, exposure to chemicals or liquids, or discoloration due to sunlight exposure.

3. The warranty is invalid for any usage outside of the product's intended design.

4. Due to the unique craftsmanship and materials used in production, slight variations in finish and appearance may occur from one item to another. Such minor discrepancies, as well as any discrepancies between showroom samples, printed images, Internet photographs, or other visual representations, are not covered under this warranty.

5. Any modifications or alterations made to CoolerCruiser. LLC products will render this warranty null and void.

6. Under this limited warranty, CoolerCruiser. LLC reserves the right to either repair or replace the faulty item at its sole discretion.

8. CoolerCruiser. LLC shall not bear any liability for incidental or consequential damages. State laws on the limitation or exclusion of incidental or consequential damages vary, and therefore these limitations may not apply to every purchaser.

9. Should you need further clarification regarding this warranty, you are encouraged to contact CoolerCruiser. LLC at support@coolercruiser.net



For any questions regarding our products, please contact us at: support@coolercruiser.net