# Exhibit I

8/19/25, 5:14 PM
Amazon.com: Cooler Cruiser Floating Cooler – 32QT up to 60 Hours Amphibious Ice Chest - Kayak Camping Coolers for Lake, Ri...

Case 8:25-cv-02509 Document 1-9 Filed 11/07/25 Page 2 of 7 Page ID #:152





8/19/25, 5:14 PM    Amazon.com: Cooler Cruiser Floating Cooler – 32 QT up to 60 Hours Amphibious Ice Chest – Kayak Camping Coolers for Lake, Ri…

Case 8:25-cv-02509   Document 1-9   Filed 11/07/25   Page 4 of 7   Page ID #:154



8/19/25, 5:14 PM    Amazon.com: Cooler Cruiser Floating Cooler – 32 QT up to 60 Hours Amphibious Ice Chest - Kayak Camping Coolers for Lake, Ri…

Case 8:25-cv-02509   Document 1-9   Filed 11/07/25   Page 5 of 7   Page ID #:155



8/19/25, 5:14 PM   Amazon.com: Cooler Cruiser Floating Cooler – 32 QT up to 60 Hours Amphibious Ice Chest - Kayak Camping Coolers for Lake, Ri…

Case 8:25-cv-02509   Document 1-9   Filed 11/07/25   Page 6 of 7   Page ID #:156



First off, this thing is basically a kayak for your beverages. It doesn't just float - it cruises. No tipping, no sloshing, no weird angles. We clipped it on and didn't even notice it until people kept asking, "Wait, is that…

sy lane

⭐☆☆☆☆ Verified Purchase

**Mounting hardware does not match the cooler**

Ordered the wheels and the grip kit and they don't fit. The mounts don't mount where the directions say to mount, there is not even a bolt where they say a bolt should be

5 people found this helpful

Helpful | Report

See more reviews ›

**Top reviews from other countries**

Linda W.

⭐⭐⭐⭐⭐ **Floating cooler**
Reviewed in Canada on March 12, 2025
Color: Navy Blue | Amazon Vine Customer Review of Free Product ( What's this? )

This Cooler Cruiser floating cooler is just fantastic. My brothers, their families and I often take mini weekend vacations to lakes. I ordered it very late in the season (October) so I haven't had a chance to test it out in the water yet but this cooler will be wonderful to have anchored next to the floating dock where the kids can have easy access to it. It will also be very useful should we decide to go out in a rowboat to tow along rather than taking up valuable space inside the boat.

The cooler holds quite a bit with a 32-quart capacity and keeps everything well chilled. It has handles at either end as well as a 6' tow line with carabiners. There are two strong latches in the front that keep the unit well sealed but there is a lid on the top which opens easily to allow you access without needing to unlatch everything.

I found use for this cooler this winter when the power went out several times for almost 24 hours each time. I was able to take ice that I had in my freezer, fill the cooler and then place items from the refrigerator in it. It kept everything well chilled and performed much better than the regular coolers that
˅ Read more

Report

FHP

⭐⭐⭐⭐⭐ **Absolutely Solid - great construction**
Reviewed in Canada on January 8, 2025
Color: Navy Blue | Amazon Vine Customer Review of Free Product ( What's this? )

As arrived, box is professional and descriptive – great as a gift

Out of the box, the cooler is solid with thick plastic throughout and thick bungee handles with rubber grips. Additionally, included inside, is a carrying strap with two non-locking carabiners for towing behind a float, canoe or kayak.

Looking at the outside – you have a nice two-tone grey colour with 4 upper cup holders and 2 lid options. First, the smaller (quick access) lid lifts up with no lock but has a rubber seal surrounding and secure fit to protect from leaking – in or out. The larger lid opens with two rubber t-handles with stoppers (to prop open and air out) and also a rubber seal surround. Hinges are protected beneath thick plastic and there are straps mounted within to prevent over-extension

Inside, the center of the base is just enough to fit a tall can standing up, with standard can sizes being no issue. Laying down, however, it can easily accommodate everything from cans to bottles, to even larger
˅ Read more

Report

Loot Goblin

⭐⭐⭐⭐⭐ **This thing is a behemoth. Suitable for land or water use. Plenty of space & bonus cup holders.**
Reviewed in Canada on November 9, 2024
Color: Navy Blue | Amazon Vine Customer Review of Free Product ( What's this? )

This behemoth is a pretty solid addition to the road trip kit. Great to toss in the back of the wagon and fill it with all of the things. Keeps the beverages & eats for long enough to enjoy the day. Large capacity. Added cup holders are nice too. It's easy enough to use and fairly straight forward in it's design. Some features for easy carrying & towing. If I were to change anything I'd have shaved off some of the excess plastic as it feels like it could have maintained capacity but been a little less unwieldy with a little bit more of an efficient design. Large capacity is fantastic, but the bulk does eat into storage space and carry comfort. This things a beast though, and more than adequate for our needs.

Likes:
- Massive.
- Large storage capacity.
- Helps keep the beverages/foods for long enough to enjoy the whole day.
- Easy to use.
- Good for both water & land use. A nice road trip addition.
˅ Read more

Report

Steve J

⭐⭐⭐⭐⭐ **Awesome Multi Use Floating Cooler**
Reviewed in Canada on October 15, 2024
Color: Navy Blue | Amazon Vine Customer Review of Free Product ( What's this? )

This Cooler Cruiser Floating Cooler is an awesome way to make sure you have plenty of drinks with you while you're out on the river tubing or kayaking.

It's made from High Density Polyethylene (HDPE) and uses Polyurethane Foam for insulation, so it can keep drinks cold for up to 72 hours. It has a storage capacity of 32 quarts and can hold 25 of your favorite canned beverages along with 18 lbs of ice. There are two large carry handles attached to the cooler so it's

8/19/25, 5:14 PM Amazon.com: Cooler Cruiser Floating Cooler – 32 QT up to 60 Hours Amphibious Ice Chest - Kayak Camping Coolers for Lake, Ri…

Case 8:25-cv-02509 - Document 1-9 – Filed 11/07/25 - Page 7 of 7 - Page ID #:157

so it won't open accidentally. Both lids have rubber gaskets around the perimeter and tethers so they won't
swing open too far and tip the cooler over.



sy lane

★☆☆☆☆ Verified Purchase

**Mounting hardware does not match the cooler**

Ordered the wheels and the grip kit and they don't fit. The mounts don't mount
where the directions say to mount, there is not even a bolt where they say a bolt
should be

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help

amazon    ⊕ English ⇕    🇺🇸 United States

Amazon Music
Stream millions
of songs

Amazon Ads
Reach customers
wherever they
spend their time

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook
Publishing
Made Easy

Sell on Amazon
Start a Selling
Account

Veeqo
Shipping Software
Inventory
Management

Amazon Business
Everything For
Your Business

Amazon Fresh
Groceries & More
Right To Your Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Experienced Pros
Happiness
Guarantee

Amazon Web
Services
Scalable Cloud
Computing
Services

Audible
Listen to Books &
Original
Audio
Performances

Box Office Mojo
Find Movie
Box Office Data

Goodreads
Book reviews
&
recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info
Entertainment
Professionals Need

Kindle Direct
Publishing
Indie Digital &
Print Publishing
Made Easy

Amazon Photos
Unlimited Photo
Storage
Free With Prime

Prime Video Direct
Video Distribution
Made Easy

Shopbop
Designer
Fashion Brands

Amazon Resale
Great Deals on
Quality Used
Products

Whole Foods
Market
America's
Healthiest
Grocery Store

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Ring
Smart Home
Security Systems

eero WiFi
Stream 4K Video
in Every Room

Blink
Smart Security
for Every Home

Neighbors App
Real-Time Crime
& Safety Alerts

Amazon Live
Stream. Shop. Live

PillPack
Pharmacy
Simplified

Amazon Renewed
Like-new products
you can trust

Amazon Luna
Video games from
the cloud,
no console
required

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices
© 1996-2025, Amazon.com, Inc. or its affiliates