# Exhibit H

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-390-952**

**Effective Date of Registration:**
September 12, 2023
**Registration Decision Date:**
April 17, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | P&P Imports 2023 Lookbook |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2023 |
| **Date of 1st Publication:** | September 12, 2023 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | P&P Imports LLC |
| **Author Created:** | photograph, 2-D artwork, Text |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | P&P Imports LLC |
| | 17352 Derian Ave., Irvine, CA, 92614, United States |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | photograph, 2-D artwork |
| **Previous registration and year:** | TX 8-488-151, 2017 |
| | TX 8-463-350, 2017 |
| **New material included in claim:** | photograph, 2-D artwork, Text |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | P&P Imports LLC |
| **Name:** | Nathan Archuleta |
| **Email:** | nate@pandpimports.com |
| **Telephone:** | (650)488-8270 |

Page 1 of 2

**Address:**   17352 Derian Ave.
Irvine, CA 92614 United States

## Certification

**Name:**   Nathan Archuleta
**Date**:   September 12, 2023
**Applicant's Tracking Number**:   PNPC715

**Copyright Office notes:**   Basis for Registration: Registration does not extend to any useful article depicted. Registration extends to deposited photograph, 2-D artwork, and text only. 17 USC 101, 102(a), and 113.

**Registration #:**   VA0002390952
**Service Request #:**   1-12982082821



P&P Imports LLC
Nathan Archuleta
17352 Derian Ave.
Irvine, CA 92614 United States